```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                  Case No. 13-50461-btb
CHRISTOPHER MICHAEL MARINO                                              Chapter 7
VALERIE MARGARET MARINO
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0978-3          User: admin                 Page 1 of 4                  Date Rcvd: Jun 18, 2013
                              Form ID: B18                Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2013.
db/jdb         +CHRISTOPHER MICHAEL MARINO,    VALERIE MARGARET MARINO,    POB 565,    VERDI, NV 89439-0565
aty            +CHRISTOPHER PATRICK BURKE,    702 PLUMAS ST,    RENO, NV 89509-1734
aty            +SETH J. ADAMS,    MCCARTHY & HOLTHUS, LLP,    9510 WEST SAHARA, SUITE 110,
                 LAS VEGAS, NV 89117-8804
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    C/O MCCARTHY HOLTHUS LLP,
                 9510 W SAHARA AVE, STE 200,    LAS VEGAS, NV 89117-8804
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    C/O MCCARTHY HOLTHUSLLP,
                 9510 W SAHARA AVE, STE 110,    LAS VEGAS, NV 89117-8804
8416198        +AAA Auto Insurance,    California State Auto Assoc.,    1900 Powell St., Ste. 1200,
                 Emeryville, CA 94608-1814
8416204         BANK OF AMERICA,    ATTN: MANAGING AGENT,    POB 660807,    Dallas, TX 75266-0807
8416206         Bank of America Home Mortgage,    Attn: Managing Agent,    POB 5170,    Simi Valley, CA 93062-5170
8416214         CONVERGENT OUTSOURCING,    ATTN: MANAGING AGENT,    800 SW 39TH STREET,    POB 9004,
                 Renton, WA 98057-9004
8416209         California Franchise Tax Board,    Attn: Managing Agent,    P.O. Box 942867,
                 Sacramento, CA 94267-0011
8416211         Chase Bank,    Attn: Managing Agent,    POB 24696,    Columbus, OH 43224-0696
8416216       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: DIRECTTV,     ATTN: MANAGING AGENT,    POB 60036,
                 Los Angeles, CA 90060)
8416215       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: DirectTV,     Attn: Managing Agent,    2230 East Imperial Hwy.,
                 El Segundo, CA 90245)
8416217        +DR.R GAMBOA,    1601 LAKESIDE DR # A,    ATTN: MANAGING AGENT,    Reno, NV 89509-3437
8416218        +DRINK WATER LAW FIRM,    5421 KEITZKE LANE STE.100,    ATTN: MANAGING AGENT,    Reno, NV 89511-1025
8416219        +Executive Trustee Services,    Attn: Managing Agent,    2255 N. Ontario St., Ste. 400,
                 Burbank, CA 91504-3190
8416222        +FORD MOTORCREDIT CO., LLC,    P.O. POB 542000,    ATTN: MANAGING AGENT,    Omaha, NE 68154-8000
8416220        +Five Lakes Agency,    Attn: Managing Agent,    P.O. Box 80730,    Rochester, MI 48308-0730
8416227        +GMAC MORTGAGE, LLC,    ATTN: MANAGING AGENT,    4375 JUTLAND DRIVE,    San Diego, CA 92117-3600
8416225         GMAC Mortgage,    Attn: Managing Agent,    POB 4622,    Waterloo, IA 50704-4622
8416226         GMAC Mortgage,    Attn: Managing Agent,    POB 79135,    Phoenix, AZ 85062-9135
8432497         JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI  48308-0730
8416231         LIBERTY UTILITIES,    CALIFORNIA PACIFIC ELECTRIC CO.,    ATTN: MANAGING AGENT,    POB 80374,
                 City of Industry, CA 91716-8374
8416232        +LIBERTY UTILITIES,    CALIFORNIA PACIFIC ELECTRIC CO.,    ATTN: MANAGING AGENT,    933 ELOISE AVE.,
                 South Lake Tahoe, CA 96150-6470
8416233        +McCarthy & Holthus LLP,    Attn: Managing Agent,    9510 West Sahara Ave.,    Suite 110,
                 Las Vegas, NV 89117-8804
8416234        +McCathy & Holthus, LLC,    9510  WEST SAHARA AVENUE,SUITE#110,    ATTTN: MANAGING AGENT,
                 Las Vegas, NV 89117-8804
8416236        +Nevada Dept. of Taxation,    Bankruptcy Division,    555 E. Washington, #1300,
                 Las Vegas, NV 89101-1046
8416237        +Nevada Labor Commission,    675 Fairview Dr.,    Ste. 226,    Carson City, NV 89701-5474
8416238         Ocwen,    Attn: Managing Agent,    P.O. Box 79135,    Phoenix, AZ 85062-9135
8416239        +PNC BANK,    ATTN: MANAGING AGENT,    POB 5570,    Cleveland, OH 44101-0570
8416240         PNC Mortgage,    Attn: Managing Agent,    POB 1820,    Dayton, OH 45401-1820
8416242        +PROFESSIONAL RECOVERY SRV.,    ATTN: MANAGING AGENT,    POB 1880,    Voorhees, NJ 08043-7880
8416241        +Prober and Raphael,,    A Law Corporation,    20750 Ventura Blvd., #100,
                 Woodland Hills, CA 91364-6207
8416243        +ROBERT BROILI ESQ,    ATTN; MANAGING AGENT,    140 WASHINGTON #200,    POB 3479,
                 Reno, NV 89505-3479
8416244         SIERRA CO. TAX COLLECTOR,    ATTN: MANAGING AGENT,    100 COURTHOUSE SQUARE,    POB 376,
                 Downieville, CA 95936-0376
8416245         State of California/ Board of,    Equalization/ Attn: Mng.Agent,    P.O. Box 942879,
                 Sacramento, CA 94279-0056
8416246        +State of Nevada,    Dept. of Employment Etc.,    Contributions Section,    500 E. 3rd Street,
                 Carson City, NV 89713-0001
8416247         T MOBILE,    POB 57843,    ATTN: MANAGING AGENT,    Los Angeles, CA 90051
8416249         Vital Recovery Services, Inc.,    Attn: Managing Agent,    POB 923748,    Norcross, GA 30010-3748
8416250        +Waste Management,    Attn: Managing Agent,    100 VASSER STREET,    Reno, NV 89502-2815
8416251         Waste Mngt. of Nevada,    Reno Disposal,    Attn: Managing Agent,    P.O. Box 541008,
                 Los Angeles, CA 90054-1008
8416252        +World Foremost Bank,    Attn: Managing Agent,    4800 NW 1st Street  Ste.300,
                 Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QDGIESEKE.COM Jun 19 2013 01:28:00      W. DONALD GIESEKE,    18124 WEDGE PKWY., STE 518,
                 RENO, NV 89511-8134
ust            +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Jun 19 2013 01:50:24      U.S. TRUSTEE - RN - 7,
                 300 BOOTH STREET, STE 3009,    RENO, NV 89509-1362
```

```
District/off: 0978-3          User: admin             Page 2 of 4                 Date Rcvd: Jun 18, 2013
                              Form ID: B18            Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8416199       +EDI: ATTWIREBK.COM Jun 19 2013 01:28:00      AT&T,    Attn: Managing Agent,    POB 5025,
               Carol Stream, IL 60197-5025
8416200        EDI: ATTWIREBK.COM Jun 19 2013 01:28:00      AT&T,    Attn: Managing Agent,    POB 989045,
               West Sacramento, CA 95798-9045
8416202        E-mail/Text: ALSBankruptcy@aurorabankfsb.com Jun 19 2013 01:56:11      AURORA LOAN SRVS.,
               ATTN: MANAGING AGENT,    P.O. BOX 1706,   Scottsbluff, NE 69363-1706
8416201       +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Jun 19 2013 01:56:11      Aurora Bank,
               Attn: Managing Agent,    10350 Park Meadows Dr.,   Lone Tree, CO 80124-6800
8416203        EDI: BANKAMER.COM Jun 19 2013 01:28:00      BANK OF AMERICA,    ATTN: MANAGING AGENT,    POB 982235,
               El Paso, TX 79998-2235
8416207       +EDI: BANKAMER.COM Jun 19 2013 01:28:00      BANK OF AMERICA, N.A.,    ATTN: MANAGING AGENT,
               4161 PIEDMONT PKWY.,    Greensboro, NC 27410-8119
8416208       +EDI: BANKAMER.COM Jun 19 2013 01:28:00      BANK OF AMERICA, N.A.,    ATTN: MANAGING AGENT,
               POB 26078,   Greensboro, NC 27420-6078
8416205        EDI: BANKAMER.COM Jun 19 2013 01:28:00      Bank of America,    Attn: Managing Agent,    POB 15026,
               Wilmington, DE 19850-5026
8416213       +EDI: RMSC.COM Jun 19 2013 01:28:00      CHEVRON,    ATTN: MANAGING AGENT,    P.O. BOX 530950,
               Atlanta, GA 30353-0950
8416214        EDI: CONVERGENT.COM Jun 19 2013 01:28:00      CONVERGENT OUTSOURCING,    ATTN: MANAGING AGENT,
               800 SW 39TH STREET,    POB 9004,   Renton, WA 98057-9004
8416210        EDI: CHASE.COM Jun 19 2013 01:28:00      Chase - Card Member Service,    Attn: Managing Agent,
               P.O. Box 94014,    Palatine, IL 60094-4014
8416212        EDI: CHASE.COM Jun 19 2013 01:28:00      Chase Bank USA, N.A.,    Attn: Managing Agent,    POB 15123,
               Wilmington, DE 19850-5123
8416216        EDI: DIRECTV.COM Jun 19 2013 01:28:00      DIRECTTV,    ATTN: MANAGING AGENT,    POB 60036,
               Los Angeles, CA 90060
8416215        EDI: DIRECTV.COM Jun 19 2013 01:28:00      DirectTV,    Attn: Managing Agent,
               2230 East Imperial Hwy.,    El Segundo, CA 90245
8416221        EDI: FORD.COM Jun 19 2013 01:28:00      Ford Motor Company,    Attn: Managing Agent,    POB 6508,
               Mesa, AZ 85216-6508
8416223        EDI: RECOVERYCORP.COM Jun 19 2013 01:28:00      GE CAPITAL RETAIL BANK,
               C/O RECOVERY MANAGMENT SYSTEMS,    25 SE 2ND AVE.,   STE.1120,    Miami, FL 33131-1605
8416224       +EDI: RMSC.COM Jun 19 2013 01:28:00      GE Money Bank,    Attn: Bankruptcy Dept.,    POB 103104,
               Roswell, GA 30076-9104
8416228        EDI: IRS.COM Jun 19 2013 01:28:00      I.R.S.,    Attn: Managing Agent,    Ogden, UT 84201
8416230        EDI: IRS.COM Jun 19 2013 01:28:00      Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
8416229       +EDI: IRS.COM Jun 19 2013 01:28:00      Internal Revenue Service,    Attn: Managing Agent,
               Stop 5028,   110 City Prkwy.,    Las Vegas, NV 89106-6085
8416235       +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 19 2013 02:43:28      NCO Financial Systems,
               Attn: Managing Agent,    10540 White Rock Rd. #250,    Rancho Cordova, CA 95670-6094
8416248       +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Jun 19 2013 01:50:24      U.S. Trustee,
               300 Booth St., Ste. 3009,    Reno, NV 89509-1360
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +SETH J. ADAMS,    MCCARTHY & HOLTHUS, LLP,    9510 WEST SAHARA, SUITE 110,
               LAS VEGAS, NV 89117-8804
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0978-3           User: admin              Page 3 of 4            Date Rcvd: Jun 18, 2013
                               Form ID: B18             Total Noticed: 63
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2013**                    Signature:    *Joseph Speetjens*

```
District/off: 0978-3          User: admin              Page 4 of 4            Date Rcvd: Jun 18, 2013
                              Form ID: B18             Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2013 at the address(es) listed below:

```
              CHRISTOPHER PATRICK BURKE    on behalf of Joint Debtor VALERIE MARGARET MARINO
               attycburke@charter.net
              CHRISTOPHER PATRICK BURKE    on behalf of Debtor CHRISTOPHER MICHAEL MARINO attycburke@charter.net
              SETH J. ADAMS    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               GMACM MORTGAGE LOAN TRUST bknotice@mccarthyholthus.com, NVBKCOURT@mccarthyholthus.com
              U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
              W. DONALD GIESEKE    wdg@renotrustee.com, dgieseke@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```

Case 13-50461-btb    Doc 21    Entered 06/20/13 22:50:22    Page 4 of 6

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Nevada

Case No. <u>13–50461–btb</u>

Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

CHRISTOPHER MICHAEL MARINO  
POB 565  
VERDI, NV 89439

VALERIE MARGARET MARINO  
POB 565  
VERDI, NV 89439

Social Security / Individual Taxpayer ID No.:
xxx–xx–6704                                              xxx–xx–4562

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 6/18/13

BY THE COURT

*Mary A Schott*

Mary A. Schott  
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**