**DENIED**
**DENY: Second request for extension of briefing deadline does not give the Court sufficient time for hearing preparation.**

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



Entered on Docket
May 17, 2016
_____

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*attycburke@charter.net*
702 Plumas Street
Reno, NV 89509
(775) 333-9277
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-N-13-50461-BTB |
| | Chapter 7 |
| CHRISTOPHER MICHAEL MARINO | |
| VALERIE MARGARET MARINO | |
| | Evidentiary Hearing Date: 2-25-16 |
| | Evidentiary Hearing Time: 10:00 a.m. |
| | Evidentiary Hearing Date: 2-26-16 |
| | Evidentiary Hearing Time: 10:00 a.m. |
| | |
| | Current Hearing Date: 6-03-16 |
| Debtors. | Current Hearing Time: 10:00 a.m. |

**ORDER APPROVING STIPULATION TO EXTEND**
**DUE DATE OF EVIDENTIARY BRIEF**

Pursuant to the Stipulation entered into by and between Secured Creditor, OCWEN LOAN SERVICING LLC ("Ocwen"), and Debtors, CHRISTOPHER MICHAEL MARINO and VALERIE MARGARET MARINO ("Debtors" or "Marino"), by and through their counsel of record, which refers to an extension of the evidentiary briefing schedule set forth in the Order Approving Stipulation for Continuance of Evidentiary Briefing Deadlines Pursuant to LR 9017 [Dkt. 45].

The Marinos and Ocwen stipulate and agree to extend the due date of the Debtors' Responsive Brief from May 19th 2016 to May 26th 2016.

1     IT IS HEREBY ORDERED, Debtors' Responsive Brief is due on or before May 26th 2016.

    IT IS SO ORDERED.

Respectfully submitted

/s/ CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ
Attorney for Christopher Michael Marino
and Valerie Margaret Marino
702 Plumas St.
Reno, Nevada 89509
(775) 333-9277 Fax (775)329-1165

(X) approve     ( ) disapprove

/s/ CHRISTOPHER SWIFT, ESQ.
CHRISTOPHER SWIFT, ESQ
Attorney for Ocwen Loan Servicing LLC
WRIGHT, FINLAY & ZAK LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964 Fax (702)946-1345

ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

   \_\_\_\_\_   The court waived the requirements of approval under LR 9021 (b)(1).

   \_\_\_\_\_   No parties appeared or filed written objections, and there is no trustee appointed in this case.

   \_\_X\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

Christopher Swift, Esq. at [cswift@wrightlegal.net](mailto:cswift@wrightlegal.net)   on May 13, 2016

   \_\_\_\_\_   No opposition was filed to the motion and no counsel appeared at the hearing.

# # #

3