

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 05, 2016

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*attycburke@charter.net*
702 Plumas Street
Reno, NV 89509
(775) 333-9277
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-N-13-50461-BTB |
| CHRISTOPHER MICHAEL MARINO | Chapter 7 |
| VALERIE MARGARET MARINO | |
| | |
| Debtors. | Hearing Date: 6-20-16 |
| | Hearing Time: 3:00 p.m. |

**ORDER REGARDING MOTION TO REOPEN CHAPTER 7 UNDER 11 U.S.C. §350 AND F.R.B.P. 5010 AND HOLD CREDITOR, OCWEN LOAN SERVICING LLC IN CONTEMPT AND FOR SANCTIONS FOR VIOLATION OF THE DISCHARGE INJUNCTION 11 U.S.C. §524 (a)(2)**

THIS MATTER having come before the Court on Debtors', CHRISTOPHER MICHAEL MARINO and VALERIE MARGARET MARINO ("Debtors" or "Marinos") Reopen Debtor's Chapter 7 under 11 U.S.C. §350 and F.R.B.P. 5010 and to Hold Creditor, Ocwen Loan Servicing, LLC ("Ocwen") in Contempt and for Sanction for its violation of the Discharge Injunction under 11 U.S.C. §524(a)(2) [Dkt. 27] filed by their counsel, Christopher P. Burke, Esq., ("Burke"), and Ocwen appearing through its counsel, and the Court having read the pleadings, with good cause appearing therefore;

1  IT IS THEREFORE THE ORDER OF THIS COURT, that Marinos' Motion for
2  Contempt for Violation of the Discharge Injunction under 11 U.S.C. §524(a) and Damages
3  Against Creditor, Ocwen, is hereby GRANTED as follows:
4  IT IS HEREBY ORDERED; Ocwen shall pay the $260 reopening fee and $500 in gas
5  as actual damages to the Marinos;
6  IT IS FURTHER ORDERED; Ocwen shall pay $1,000 per letter, for the 19 letters
7  sent to the Marinos, for a total of $19,000.  In addition, Ocwen shall pay $1,000 for each
8  of the 100 phone calls the Marinos received for a total of $100,000, together totaling
9  $119,000 for emotional distress damages to the Marinos;
10  IT IS FURTHER ORDERED; that Christopher Burke, Esq. shall file a fee application
11  for attorney fees and costs that Ocwen can object to if its chooses to, but Ocwen will have
12  to pay the amount of attorney fees the Court approves;
13  IT IS SO ORDERED.

15  Respectfully submitted:

17  /s/ CHRISTOPHER P. BURKE, ESQ.
   CHRISTOPHER P. BURKE, ESQ
18  Attorney for Christopher Michael Marino
   and Valerie Margaret Marino
19  702 Plumas St.
   Reno, Nevada 89509
20  (775) 333-9277 Fax (775)329-1165

21
   ( ) approve          ( ) disapprove
22

23  no response

24  SEAN N. PAYNE, ESQ
   Attorney for Ocwen Loan Servicing LLC
25  WRIGHT, FINLAY & ZAK LLP
   7785 W. Sahara Ave., Suite 200
26  Las Vegas, NV 89117
   (702) 475-7964  Fax (702)946-1345
27

28                                       2

ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

\_\_\_\_\_  The court waived the requirements of approval under LR 9021 (b)(1).

\_\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in this case.

  X    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

On June 27, 2016, to Sean N. Payne, Esq., Attorney for Ocwen Loan Servicing at email: *spayne@wrightlegal.net*

\_\_\_\_\_  No opposition was filed to the motion and no counsel appeared at the hearing.

# # #

3