WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 666-0632; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Ocwen Loan Servicing, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER MICHAEL MARINO, and VALERIE MARGARET MARINO,<br><br>Debtors | Case No.: 13-50461-BTB<br><br>Chapter 7<br><br>**SUPPLEMENT TO MOTION FOR RECONSIDERATION OF ORDER REGARDING MOTION TO REOPEN CHAPTER 7 UNDER 11 U.S.C. §350 AND F.R.B.P. 5010 AND HOLD CREDITOR, OCWEN LOAN SERVICING, LLC, IN CONTEMPT AND FOR SANCTIONS FOR VIOLATION OF THE DISCHARGE INJUNCTION 11 U.S.C. §524(a)(2) [Docket No. 67]** |

COMES NOW secured creditor OCWEN LOAN SERVICING, LLC ("Ocwen") and submits its Supplement to its Motion for Reconsideration of the Order Regarding Motion to Reopen Chapter 7 Under 11 U.S.C. §350 and F.R.B.P. 5010 and Hold Creditor, Ocwen Loan Servicing, LLC, in Contempt and for Sanctions for Violation of the Discharge Injunction 11 U.S.C. §524(a)(2) [Docket No. 67].

/././

/././

/././

/././

|   |   |
|---|---|
| 1 | For this Court's consideration, attached to this Supplement is the Affidavit of Katherine Ortwerth, a loan analyst for Ocwen. |

Dated: August 8, 2016

WRIGHT, FINLAY & ZAK, LLP

/s/ *Christopher A.J. Swift, Esq.*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 666-0632; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Ocwen Loan Servicing, LLC*

# **CERTIFICATE OF SERVICE**

1. On August 8, 2016, I served the following document(s):

   **SUPPLEMENT TO MOTION FOR RECONSIDERATION OF ORDER REGARDING MOTION TO REOPEN CHAPTER 7 UNDER 11 U.S.C. §350 AND F.R.B.P. 5010 AND HOLD CREDITOR, OCWEN LOAN SERVICING, LLC IN CONTEMPT AND FOR SANCTIONS FO RVIOLATION OF THE DISCHARGE INJUNCTION 11 U.S.C. §524(a)(2) [Docket No. 67]**

2. I served the above-named document(s) by the following means to the persons as listed below:

   (Check all that apply)

   ☒ a.  ECF System (You must attach the "Notice of Electronic Filing", or list all persons and address and attach additional paper if necessary)

   SETH J. ADAMS on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GMACM MORTGAGE LOAN TRUST
   sadams@woodburnandwedge.com, NVBK@mccarthyholthus.com

   CHRISTOPHER PATRICK BURKE on behalf of Debtor CHRISTOPHER MICHAEL MARINO
   attycburke@charter.net

   CHRISTOPHER PATRICK BURKE on behalf of Joint Debtor VALERIE MARGARET MARINO
   attycburke@charter.net

   W. DONALD GIESEKE
   wdg@renotrustee.com, dgieseke@ecf.epiqsystems.com

   U.S. TRUSTEE - RN - 7
   USTPRegion17.RE.ECF@usdoj.gov

   ☒ b.  United States mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary)

   CHRISTOPHER MICHAEL MARINO
   POB 565
   VERDI, NV 89439

   VALERIE MARGARET MARINO
   POB 565
   VERDI, NV 89439

☐ c.   **Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

_____

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.   **By direct email (as opposed to through the ECF System)** (List persons and email addresses. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.   **By fax transmission** (List persons and fax numbers. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.   **By messenger** (List persons and addresses. Attached additional paper if necessary)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to the Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

Signed on Monday, August 08, 2016.

/s/  Faith Harris
An employee of Wright, Finlay & Zak, LLP

WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 666-0632; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Ocwen Loan Servicing, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No.: 13-50461-BTB |
| CHRISTOPHER MICHAEL MARINO, and VALERIE MARGARET MARINO, | Chapter 7 |
| Debtors | **AFFIDAVIT IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER REGARDING MOTION TO REOPEN CHAPTER 7 UNDER 11 U.S.C. §350 AND F.R.B.P. 5010 AND HOLD CREDITOR, OCWEN LOAN SERVICING, LLC, IN CONTEMPT AND FOR SANCTIONS FOR VIOLATION OF THE DISCHARGE INJUNCTION 11 U.S.C. §524(a)(2)** |

STATE OF TEXAS
COUNTY OF TRAVIS

Before me, the undersigned notary public, personally appeared Katherine Ortwerth ("Affiant"), a person whose identity is or was made known to me, after duly being sworn, stated as follows:

1. My name is Katherine Ortwerth. I am a loan analyst for Ocwen Financial Corporation, whose indirect subsidiary is Ocwen Loan Servicing, LLC, a party to this action. I am over the age of 18, and I am otherwise competent to make this affidavit. Unless otherwise stated, the facts stated herein are within my persona knowledge.

2. Prior to making this Affidavit, I reviewed the title documents concerning real

1

1  property located at 780 Beaver Creek Circle, Verdi, California, 96111 (the "Property"). I have
2  also reviewed Ocwen's system database concerning a loan that used the Property as security.
3  The Debtors in this action, Christopher Michael Marino and Valeria Margaret Marino, are the
4  borrowers listed for the loan.

5  3.  The information stored and/or entered in Ocwen's system database is made at or
6  near the time the act or event concerning the information was performed and is utilized in the
7  ordinary and regular course of business.

8  4.  Ocwen's system database maintains records of telephonic communications
9  between Ocwen and its customers.

10  5.  I have reviewed Ocwen's system database regarding the telephonic
11  communications for the Marinos' loan. Attached to this Affidavit, as Exhibit 1, is a copy of
12  each and every telephone call, inbound and outbound, between Ocwen and the Marinos.

13  6.  Ocwen made a total of 35 telephone calls to the Marinos after the discharge
14  injunction order was entered.

15  Dated this 8th day of August, 2016.

By: Katherine Oxtwerth

Title: Loan Analyst

State of Texas
County of Travis

SUBSCRIBED AND SWORN to before
me on this 8th day of August, 2016.

_____
Notary Public
My Commission Expires: 1/15/18


CLAYTON MILLER AMACKER, III.
Notary Public, State of Texas
My Commission Expires
January 15, 2018

2

# Exhibit 1

# Exhibit 1

# Exhibit 1

| CALLSTARTDT | SEQNUM | CALLID | SERVICE_ID | USER_ID | CALLTYPE | PARAM2 | DIALEDNUM | STATION | QUEUEENDDT | CONNCLEARDT | ANI | CALLACTIONDESC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/14 10:44 AM | 78818414 | 1847 | 1000021 | sensande | Inbound | | | 68216 | 2/25/14 10:45 AM | 2/25/14 11:06 AM | 7757450173 | Answered |
| 4/10/14 12:09 PM | 181778198 | 186 | 684 | salvanka | Inbound | | | 67904 | 4/10/14 12:09 PM | 4/10/14 12:31 PM | 77061270070 | Answered |
| 6/3/14 1:02 PM | 185186181 | 6058 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/3/14 3:03 PM | 90263948 | 9607 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/3/14 5:55 PM | 90300655 | 8135 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/4/14 2:59 PM | 90381123 | 15493 | 1000067 | kadirapp | Manual Outbound | | | 68971 | 6/4/14 2:59 PM | 6/4/14 3:00 PM | 8007462936 | Answered |
| 6/10/14 3:59 PM | 91223074 | 15193 | 1000067 | kadirapp | Manual Outbound | | | 68971 | 6/10/14 3:59 PM | 6/10/14 4:00 PM | 8007462936 | Answered |
| 6/11/14 4:17 PM | 190280027 | 14973 | 4 | kadirapp | Manual Outbound | | | 68971 | 6/11/14 4:17 PM | 6/11/14 4:18 PM | 8007462936 | Answered |
| 6/11/14 5:43 PM | 91396231 | 206 | 1000021 | bhojanic | Inbound | | | 68083 | 6/11/14 5:43 PM | 6/11/14 6:10 PM | 77524782470 | Answered |
| 6/12/14 7:12 PM | 190471769 | 6619 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/12/14 8:16 PM | 91600829 | 9806 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/12/14 9:20 PM | 190499751 | 7355 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/13/14 3:39 PM | 91698489 | 8607 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/13/14 4:44 PM | 91706098 | 7286 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/13/14 7:13 PM | 91716921 | 6016 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/16/14 12:06 PM | 92178512 | 15021 | 1000067 | kadirapp | Manual Outbound | | | 68971 | 6/16/14 12:06 PM | 6/16/14 12:07 PM | 8007462936 | Answered |
| 6/16/14 12:44 PM | 92185106 | 9566 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/16/14 3:21 PM | 92222173 | 8383 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/16/14 8:14 PM | 191163468 | 6156 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/17/14 2:37 PM | 191253452 | 7561 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/17/14 4:25 PM | 191292508 | 8553 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/17/14 6:05 PM | 191323676 | 6505 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/18/14 2:18 PM | 92527155 | 9137 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/18/14 3:39 PM | 92549335 | 6785 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/18/14 9:03 PM | 92661209 | 5893 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/19/14 12:28 PM | 191641745 | 9371 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/19/14 3:27 PM | 191681931 | 8320 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/19/14 6:01 PM | 191711698 | 6785 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/20/14 2:39 PM | 92926694 | 7352 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/20/14 4:37 PM | 191863579 | 9111 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/20/14 6:02 PM | 92972860 | 6945 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/21/14 11:02 AM | 93068664 | 7117 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/21/14 1:52 PM | 93112745 | 7697 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/22/14 11:24 AM | 93239015 | 6595 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/27/14 11:57 AM | 193077202 | 8384 | 1305 | | Automated Outbound | | | | | | | Hungup |
| 6/27/14 3:07 PM | 94142599 | 6450 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 6/27/14 6:06 PM | 94193176 | 6211 | 1000580 | | Automated Outbound | | | | | | | Hungup |
| 11/24/14 11:00 AM | 219192670 | 98 | 684 | cambapau | Inbound | | | 350302 | 11/24/14 11:00 AM | 11/24/14 11:05 AM | 7757450173 | Transferred To Service |
| 11/24/14 11:05 AM | 219192670 | 206 | 1398 | | Inbound | | | | | | 7757450173 | Rerouted |
| 11/24/14 11:05 AM | 118944504 | 277 | 1000459 | upadhypr | Inbound | | | 67095 | 11/24/14 11:05 AM | 11/24/14 11:06 AM | 7.7574E+18 | Answered |
| 11/24/14 11:45 AM | 219215341 | 1375 | 684 | kapurarm | Inbound | | | 69765 | 11/24/14 11:45 AM | 11/24/14 11:57 AM | 77574501730 | Answered |
| 12/3/14 2:41 PM | 24412022 | 15053 | 3000175 | justinl | Manual Outbound | | | 65262 | 12/3/14 2:41 PM | 12/3/14 2:42 PM | 8007462936 | Answered |
| 12/9/14 1:02 PM | 120913776 | 568 | 1000026 | patangia | Inbound | | | 66412 | 12/9/14 1:02 PM | 12/9/14 1:30 PM | 7.7574E+18 | Answered |
| 12/9/14 1:02 PM | 221927322 | 1478 | 690 | | Inbound | | | | | | 7757450173 | Rerouted |
| 12/9/14 2:31 PM | 120295519 | 807 | 1000026 | kariaatu | Inbound | | | 64869 | 12/9/14 2:31 PM | 12/9/14 2:41 PM | 7757450173 | Answered |


| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/29/14 12:06 PM | 226426975 | 1833 | 684 akrawase | Inbound |  | 68852 | 12/29/14 12:06 PM | 12/29/14 12:12 PM | 7757450 1730 | Answered |
| 12/29/14 1:16 PM | 124082173 | 90 | 1000021 nooranis | Inbound | | 69811 | 12/29/14 1:16 PM | 12/29/14 1:25 PM | 7757450 1730 | Answered |

