CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
attycburke@charter.net
702 Plumas Street
Reno, Nevada 89509
(775) 333-9277
Attorney for Debtors

Electronically filed: 8/22/16

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In Re:                                        )    BK-N-13-50461-BTB
                                              )
                                              )    Chapter 7
**CHRISTOPHER MICHAEL MARINO**   )
**VALERIE MARGARET MARINO**      )
                                              )
                                              )
            Debtors.                   )    Date:
                                              )    Time:

**PURSUANT TO 28 U.S.C. §1746 CHRISTOPHER P. BURKE, ESQ.**
**DECLARES THE FOLLOWING:**

I, Christopher P. Burke, Esq. being duly sworn on oath, deposes and says:

1. That I am an attorney at law and a member in good standing of the State Bar of Nevada.
2. That I am also licensed in three other states besides Nevada.
3. That I have a Juris Doctorate (J.D.) and a Master in Law ("LL.M.").
4. That I have been involved in approximately 10,000 bankruptcy the past 25 years, more then 100 bankruptcy adversaries and evidentiary hearings, close to 100 bankruptcy appeals and been involved in more than 40 published decisions.
5. That other debtors attorneys may have filed more bankruptcy cases, but it is doubtful any bankruptcy attorney in the country, whether it be a debtors, creditors or trustees attorney, with the exception of governmental entities, have been involved in as many appeals and published decisions as I have.
6. That I have also spoken at every major bankruptcy organization in the country, including the National Association of Consumer Bankruptcy Attorneys (NACBA), the America Bankruptcy Institued (ABI), the National Association of Chapter Thirteen Trustees (NACTT). Along with speaking at both local Nevada bankruptcy organizations, SNABA and NNBBA.

1

7. That based upon the above, my rate is currently $500 per hour, and has been for the last few years.
8. That my total hours are 64.4.
9. That my total fees in this case are $ 32,200.
10. That my total costs in this case are $1,405.90.

*I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief*

DATED this 22nd day of August, 2016.

/S/ CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.

2