*[signature: Bruce T Beesley]*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
November 04, 2016

---

CHRISTOPHER P. BURKE, ESQ.
702 Plumas Street
Reno, Nevada 89509
(775) 333-9277
attycburke@charter.net
Nevada Bar No.: 4093
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-N-13-50461-BTB |
| CHRISTOPHER MICHAEL MARINO | Chapter 7 |
| VALERIE MARGARET MARINO | Hearing Date: 11/02/16 |
| Debtors. | Hearing Time: 2:00 p.m. |

**ORDER GRANTING AMENDED MOTION FOR
ATTORNEY FEES AND COSTS**

THIS MATTER, having come before the Court on the Amended Motion for Attorneys Fees and Costs, filed by Christopher P. Burke, Esq., ("Burke") counsel for Debtors, appearing, and there being an Objection filed by Wright, Finlay & Zak, LLP, counsel for Ocwen Loan Servicing, LLC, and Christopher Swift, Esq. of Wright, Finlay, & Zak LLP, having appeared telephonically, and the Court having read the pleadings and good cause appearing therefore;

IT IS THEREFORE THE ORDER OF THE COURT, that the Amended Motion for

1

Attorney Fees and Costs filed by Debtors' attorney, Burke, should be, and the same is hereby GRANTED.

IT IS FURTHER ORDERED, that Christopher Burke's hourly rate of $500 is hereby approved;

IT IS FURTHER ORDERED, that attorney fees of $33,850, minus .6 hour ($300) for a total of $33,550 in attorney fees are hereby approved.

IT IS FURTHER ORDERED, that costs in the sum of $1,405.90 are hereby approved;

IT IS FURTHER ORDERED, that attorney fees of $33,550 and costs of $1,405.90, for a total of $34,955.90, are hereby approved;

IT IS FURTHER ORDERED, that Ocwen shall pay the total of $34,955.90, to Christopher P. Burke, Esq. within twenty-one (21) days of entry of this order.

IT IS SO ORDERED.

Submitted By:

/s/ Christopher P. Burke
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor

(X) approve    ( ) disapprove

CHRISTOPHER SWIFT, ESQ
Attorney for Ocwen Loan Servicing LLC
WRIGHT, FINLAY & ZAK LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964  Fax (702)946-1345

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

\* \* \*

ALTERNATIVE METHOD           Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

\_\_\_\_\_   The court waived the requirements of approval under LR 9021 (b)(1).

\_\_\_\_\_   No parties appeared or filed written objections, and there is no trustee appointed in this case.

__X__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

Christopher Swift, Esq. at cswift@wrightlegal.net  on November 2, 2016

\_\_\_\_\_   No opposition was filed to the motion and no counsel appeared at the hearing.

\# \# \#

3