WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 666-0632; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Ocwen Loan Servicing, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No.: 13-50461-BTB |
| CHRISTOPHER MICHAEL MARINO, and VALERIE MARGARET MARINO, | Chapter 7 |
| Debtors | **OPPOSITION TO MOTION FOR ORDER TO COMPEL PAYMENT OF ATTORNEY FEES** |

COMES NOW, secured creditor OCWEN LOAN SERVICING, LLC ("Ocwen") and hereby opposes Debtors CHRISTOPHER MICHAEL MARINO and VALERIE MARGARET (collectively "Debtors") MARINO Motion for Order to Compel Payment of Attorney Fees.

/././

/././

/././

/././

/././

/././

1

1    This Opposition is based on the pleadings and papers on file with this Court, any facts

2    subject to judicial notice, any argument this Court might consider, and any evidence this Court

3    might entertain.

4    Dated: January 6, 2017                    WRIGHT, FINLAY & ZAK, LLP

5                                              /s/ Christopher A.J. Swift, Esq.

6                                              Edgar C. Smith, Esq.
                                              Nevada Bar No. 5506
7                                              Christopher Alan James Swift, Esq.
                                              Nevada Bar No. 11291
8                                              7785 W. Sahara Avenue, Suite 200
                                              Las Vegas, Nevada 89117
9                                              (702) 666-0632; Fax: (702) 946-1345
                                              cswift@wrightlegal.net
10                                             Attorneys for Ocwen Loan Servicing, LLC

11                           **I.  INTRODUCTION**

12        Debtors' Motion conveniently omits key facts: (1) that beginning on November 7, 2016,

13   Ocwen requested that Debtors' counsel provide a W-9 to issue payment; (2) that Debtors'

14   counsel refused to provide one on the day that payment was due, November 28, 2016; (3) Ocwen

15   and its counsel worked diligently to remit payment to Debtors' counsel without a W-9 after

16   learning about this refusal; and (4) payment was made to Debtors' counsel, in its entirety, on

17   December 15, 2016.  Had Debtors' counsel told Ocwen that he refused to provide a W-9 on

18   November 7, 2016, instead of ignoring emails no less than three times, the instant Motion would

19   not be necessary.  Furthermore, payment has been made and counsel was advised that payment

20   was forthcoming, negating any need for the instant Motion.

21                         **II. FACTUAL STATEMENT**

22        Debtors' Motion is an unnecessary attempt to extort additional fees from Ocwen.

23   Beginning on November 7, 2016, counsel for Ocwen requested a W-9 to issue payment. (See

24   **Exhibit 1**, attached hereto).  On November 8, 2016, Ocwen's counsel, having received no

25   response, again requested a W-9 to issue payment. (See **Exhibit 2**, attached hereto).  Ocwen's

26   counsel received no response to this email.  On November 17, 2016, Ocwen's counsel again

27

28

followed up with another email, but still was ignored.  (See **Exhibit 3**, attached hereto).  On November 28, 2016, the day payment was due, counsel for creditor again requested a W-9. (See **Exhibit 4** attached hereto).  In the afternoon, Debtors' counsel finally responded and indicated he would not provide a W-9.  (See **Exhibit** 5 attached hereto).  Ocwen was forced to take additional procedural steps to deliver payment to Debtors' counsel due to this untimely refusal. (See Declaration of Christopher A.J. Swift, Esq., attached hereto).   These additional steps included receiving authorization from Ocwen's various departments and the issuing of the check to Ocwen's counsel's office.  The check was issued on December 9, 2016, and received by Ocwen's counsel on December 12, 2016, due to the intervening weekend. (See copy of check, attached hereto as **Exhibit 6**).  On December 12, 2016, Ocwen's counsel called Debtors' counsel and left a message indicating that the check was on its way to his office.  (See Declaration fo Christopher A.J. Swift, Esq., attached hereto).  Ocwen's counsel, located in Las Vegas, Nevada, sent the check to Nationwide Legal, LLC for deliver on December 13, 2016, to Debtors' counsel's office in Reno, Nevada.  (See copy of delivery order, attached hereto as **Exhibit 7**). Despite being told that the check was on its way, Debtors' counsel filed the instant Motion for Order to Compel Payment of Attorney Fees on December 14, 2016, now requesting $5,000.00. The check was delivered to Debtors' counsel on December 15, 2016, in the amount of $34,955.50.  (See Receipt of Check, attached hereto as **Exhibit 8**).

## II. LEGAL STANDARD

The standard for finding a party in civil contempt is well settled:

> The moving part has the burden of showing by clear and convincing evidence that the contemnors violated a specific and definite order of the court.  The burden then shifts to the contemnors to demonstrate why they were unable to comply.

Stone v. City and County of San Francisco, 968 F. 2d 850, 856 n. 9 (9th Cir. 1992).    A party's inability to comply with a judicial order constitutes a defense to a charge of civil contempt. United States v. Rylander, 460 U.S. 752, 757 (1983).  Failure to comply consists of not taking "all the reasonable steps within [one's] power to insure compliance with the order[]."

3

Sekaquaptewa v. MacDonald, 544 F.2d 396, 406 (9th Cir. 1976).

## III. LEGAL ARGUMENT

In the instant matter, Debtors' counsel refused to respond to Ocwen's counsel's multiple requests for a W-9 until the actual day the payment for attorney fees was due. When Debtors' counsel finally responded and advised that, due to his LLM in taxation, he would refuse to provide a W-9, Ocwen had to proceed with additional steps to provide payment. Had Debtors' counsel informed Ocwen on November 7, 2016, that he would not be providing a W-9, Ocwen still could have made payment prior to the November 28, 2016, deadline. This Court cannot reasonably find that Ocwen did not take all reasonable steps to try and comply with the Order. At no point in time Ocwen ever indicate that it did not intend to make payment. Indeed, when Ocwen's counsel was informed that Debtors' counsel would not provide a W-9, Debtors' counsel was informed that "Ocwen is not refusing to pay, we are just looking into reporting requirements and whether Ocwen can submit payment to you without a W-9. Ocwen fully intends to pay." Thereafter, Ocwen expeditiously worked to submit payment without the W-9, having to coordinate with different departments and obtain certain authorizations to break with its procedure. On December 12, 2016, Ocwen's counsel Debtors' counsel payment was forthcoming, under the impression that this assurance would stave off Debtors' continued threats to move to compel payment. Instead, it appears as though the assurance acted as a reminder to Debtors' counsel, who thereafter prepared and filed the instant Motion, likely motivated by the prospect of additional attorney fees at the high rate of $500.00 this Court permitted previously.

Ocwen's actions do not warrant the additional payment of damages as requested by the Debtors. Indeed, the Debtors are to blame for the delayed payment, as they failed to respond to no less than three (3) emails prior to the due date of November 28, 2017. When Ocwen discovered this refusal, it immediately began to work toward payment of the award without the W-9, which added even additional time to complying with the Court's Order. During this time, Debtors' counsel was repeatedly told that Ocwen intended to pay the entire amount of the award for attorney fees. Payment, in its entirety, has been made at this time and specifically on

4

1  December 15, 2016.

2  ## V. CONCLUSION

3  For the aforementioned reasons, Ocwen respectfully requests that this Court deny the

4  Motion for Order to Compel Payment of Attorney Fees.

5  Dated: January 6, 2017                    WRIGHT, FINLAY & ZAK, LLP

6                                            /s/ Christopher A.J. Swift, Esq.

7                                            Edgar C. Smith, Esq.
                                             Nevada Bar No. 5506

8                                            Christopher Alan James Swift, Esq.
                                             Nevada Bar No. 11291

9                                            7785 W. Sahara Avenue, Suite 200

10                                           Las Vegas, Nevada 89117
                                             (702) 666-0632; Fax: (702) 946-1345

11                                           cswift@wrightlegal.net

12                                           *Attorneys for Ocwen Loan Servicing, LLC*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

1.    On January 6, 2017, I served the following document(s):

**OPPOSITION TO MOTION FOR ORDER TO COMPEL PAYMENT OF ATTORNEY FEES**

2.    I served the above-named document(s) by the following means to the persons as listed below:

(Check all that apply)

■ a.    ECF System (You must attach the "Notice of Electronic Filing", or list all persons and address and attach additional paper if necessary)

SETH J. ADAMS on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GMACM MORTGAGE LOAN TRUST
sadams@woodburnandwedge.com, NVBK@mccarthyholthus.com

CHRISTOPHER PATRICK BURKE on behalf of Debtor CHRISTOPHER MICHAEL MARINO
attycburke@charter.net

CHRISTOPHER PATRICK BURKE on behalf of Joint Debtor VALERIE MARGARET MARINO
attycburke@charter.net

W. DONALD GIESEKE
wdg@renotrustee.com, dgieseke@ecf.epiqsystems.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

■ b.    United States mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary)

CHRISTOPHER MICHAEL MARINO
POB 565
VERDI, NV 89439

VALERIE MARGARET MARINO
POB 565
VERDI, NV 89439

6

☐ c.   **Personal Service** (List persons and addresses.  Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

_____

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.   **By direct email (as opposed to through the ECF System)** (List persons and email addresses.  Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.   **By fax transmission** (List persons and fax numbers.  Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.   A copy of the record of the fax transmission is attached.

☐ f.   **By messenger** (List persons and addresses.  Attached additional paper if necessary)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (A declaration by the messenger must be attached to the Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

Signed on Friday, January 06, 2017.

/s/  *Faith Harris*_____
An employee of Wright, Finlay & Zak, LLP

7

WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 666-0632; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Ocwen Loan Servicing, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No.: 13-50461-BTB |
| CHRISTOPHER MICHAEL MARINO, and VALERIE MARGARET MARINO, | Chapter 7 |
| Debtors | **DELCARATION IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER TO COMPEL PAYMENT OF ATTORNEY FEES** |

I, Christopher A.J. Swift, Esq., declare under penalty of perjury of the laws of the State of Nevada as follows:

1.  I am an attorney of law duly admitted to practice in the State of Nevada and the United States Bankruptcy Court for the District of Nevada.

2.  I am an associate attorney with the law firm Wright, Finlay & Zak, LLP, and counsel for Defendant Ocwen Loan Servicing, LLC ("Ocwen") in this matter.

3.  I have personal knowledge of the facts and circumstances set forth in this declaration as specified herein and I am competent to testify regarding the below-stated facts if I am called upon to testify in Court.

1

4.    I make this Declaration in support of the Opposition to Motion for Order to Compel Payment of Attorney Fees.

5.    On November 7, 2016, I emailed Christopher Burke, Esq. requesting a W-9 to issue payment to Mr. Burke for the court ordered attorney fees. A true and correct copy of the email is attached as **Exhibit 1**. I did not receive a response.

6.    On November 8, 2016, I emailed Mr. Burke and again requested a W-9. A true and correct copy of the email is attached as **Exhibit 2**. I did not receive a response.

7.    On November 17, 2016, I was in the hospital for family medical reasons. I asked my assistant to email Mr. Burke again and request a W-9. A true and correct copy of the email is attached as **Exhibit 3**. There was no response.

8.    On November 28, 2016, I sent another email asking for a W-9. A true and correct copy of the email is attached as **Exhibit 4**.

9.    On November 28, 2016, Mr. Burke responded and refused to provide the W-9. A true and correct copy of the email is attached as **Exhibit 5**.

10.    I have practiced law for ten (10) years and have never encountered an attorney who refused to provide a W-9.

11.    Due to the refusal, Ocwen and our law firm were forced to take additional procedural steps to make payment.

12.    At no point in time did Ocwen ever refuse to make payment to Mr. Burke.

13.    I called Mr. Burke on December 12, 2016, and left a message indicating that payment was on its way.

14.    The remaining exhibits to the Opposition, **Exhibits 6,7,** and **8** are true and correct copies of the originals.

/././

/././

/././

/././

/././

2

15.    I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated: January 6, 2017

_____
Christopher A.J. Swift, Esq.

# Exhibit 1

# Exhibit 1

# Exhibit 1

**Christopher Alan James Swift**

| | |
|---|---|
| **From:** | Christopher Alan James Swift |
| **Sent:** | Monday, November 07, 2016 9:17 AM |
| **To:** | 'attycburke@charter.net' |
| **Cc:** | Faith K. Harris |
| **Subject:** | RE: Marino - Attorney Fee Order |

Hi Kimberly,

Can you please send me a W-9 so I can get Ocwen to issue the check for the attorney fee/cost award?

Thanks,

**Christopher A.J. Swift**
Attorney
Licensed in California and Nevada

 WRIGHTFINLAY&ZAK LLP
ATTORNEYS AT LAW

7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 666-0632 Direct
(702) 475-7964 Office
(702) 946-1345 Fax

**Wright, Finlay & Zak: Your Western Regional Counsel for California, Nevada, Arizona, Washington, Oregon, Utah, and New Mexico**

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank You.

**From:** attycburke@charter.net [mailto:attycburke@charter.net]
**Sent:** Wednesday, November 02, 2016 5:25 PM
**To:** Christopher Alan James Swift
**Subject:** Marino - Attorney Fee Order

Good Evening Mr. Swift,

Please find the attached Order Granting Amended Motion for Attorney Fees and Costs for the above-referenced case. At your earliest convenience, please review the Order, and if agreeable, please sign and send it back so we may upload it with the Court.


Thank you,

Kimberly Wilson, assistant to:

Christopher P. Burke, Esq.

# Exhibit 2

# Exhibit 2

# Exhibit 2

**Christopher Alan James Swift**

| | |
|---|---|
| **From:** | Christopher Alan James Swift |
| **Sent:** | Tuesday, November 08, 2016 4:00 PM |
| **To:** | 'attycburke@charter.net' |
| **Cc:** | Faith K. Harris; Edgar C. Smith |
| **Subject:** | RE: Marino - Attorney Fee Order |

Hi Chris,

Please provide me with a W-9 for the attorney fee payment. Also, would you object to a continuance on my client's Opening Brief, currently due November 14, 2016? I need to know in case I need to file a motion for an extension of time this week.

Thanks,


Christopher A.J. Swift
Attorney
Licensed in California and Nevada

 WRIGHTFINLAY&ZAK LLP
ATTORNEYS AT LAW

7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 666-0632 Direct
(702) 475-7964 Office
(702) 946-1345 Fax

**Wright, Finlay & Zak: Your Western
Regional Counsel for California, Nevada,
Arizona, Washington, Oregon, Utah, and
New Mexico**

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank You.


**From:** Christopher Alan James Swift
**Sent:** Monday, November 07, 2016 9:17 AM
**To:** 'attycburke@charter.net'
**Cc:** Faith K. Harris
**Subject:** RE: Marino - Attorney Fee Order

Hi Kimberly,

Can you please send me a W-9 so I can get Ocwen to issue the check for the attorney fee/cost award?

Thanks,

**Christopher A.J. Swift**
Attorney
Licensed in California and Nevada

 WRIGHTFINLAY&ZAK LLP
ATTORNEYS AT LAW

7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 666-0632 Direct
(702) 475-7964 Office
(702) 946-1345 Fax

**Wright, Finlay & Zak: Your Western**
**Regional Counsel for California, Nevada,**
**Arizona, Washington, Oregon, Utah, and**
**New Mexico**

Confidentiality Note: The information contained in this email is
privileged and confidential and is intended only for the use of the
individual or entity named. If the reader of this email is not the
intended recipient, you are hereby notified that any distribution
or copy of this email is strictly prohibited. If you have received
this email in error, please notify the sender by telephone
immediately at (949) 477-5050 and arrangements will be made
for the return of this material. Thank You.

**From:** attycburke@charter.net [mailto:attycburke@charter.net]
**Sent:** Wednesday, November 02, 2016 5:25 PM
**To:** Christopher Alan James Swift
**Subject:** Marino - Attorney Fee Order

Good Evening Mr. Swift,

Please find the attached Order Granting Amended Motion for Attorney Fees and Costs for the above-referenced
case. At your earliest convenience, please review the Order, and if agreeable, please sign and send it back so
we may upload it with the Court.

Thank you,

Kimberly Wilson, assistant to:

Christopher P. Burke, Esq.

2

# Exhibit 3

# Exhibit 3

# Exhibit 3

**Christopher Alan James Swift**

| | |
|---|---|
| **From:** | Faith K. Harris |
| **Sent:** | Thursday, November 17, 2016 11:14 AM |
| **To:** | 'attycburke@charter.net' |
| **Cc:** | Edgar C. Smith; Christopher Alan James Swift |
| **Subject:** | RE: Marino - Attorney Fee Order |

Good morning,

Following up on the below request for your w-9.

**Faith Harris**
Legal Assistant



7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964 Office
(702) 946-1345 Fax
fharris@wrightlegal.net
**Wright, Finlay & Zak: Your Western
Regional Counsel for California, Nevada,
Arizona, Washington, Oregon, Utah and
New Mexico**

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named. If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank You.

**From:** Christopher Alan James Swift
**Sent:** Tuesday, November 08, 2016 4:00 PM
**To:** 'attycburke@charter.net'
**Cc:** Faith K. Harris; Edgar C. Smith
**Subject:** RE: Marino - Attorney Fee Order

Hi Chris,

Please provide me with a W-9 for the attorney fee payment.  Also, would you object to a continuance on my client's Opening Brief, currently due November 14, 2016?  I need to know in case I need to file a motion for an extension of time this week.

Thanks,

Christopher A.J. Swift

Attorney
Licensed in California and Nevada



7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 666-0632 Direct
(702) 475-7964 Office
(702) 946-1345 Fax

**Wright, Finlay & Zak: Your Western
Regional Counsel for California, Nevada,
Arizona, Washington, Oregon, Utah, and
New Mexico**

Confidentiality Note: The information contained in this email is
privileged and confidential and is intended only for the use of the
individual or entity named If the reader of this email is not the
intended recipient, you are hereby notified that any distribution
or copy of this email is strictly prohibited. If you have received
this email in error, please notify the sender by telephone
immediately at (949) 477-5050 and arrangements will be made
for the return of this material. Thank You.

---

**From:** Christopher Alan James Swift
**Sent:** Monday, November 07, 2016 9:17 AM
**To:** 'attycburke@charter.net'
**Cc:** Faith K. Harris
**Subject:** RE: Marino - Attorney Fee Order

Hi Kimberly,

Can you please send me a W-9 so I can get Ocwen to issue the check for the attorney fee/cost award?

Thanks,

Christopher A.J. Swift
Attorney
Licensed in California and Nevada



7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 666-0632 Direct
(702) 475-7964 Office
(702) 946-1345 Fax

**Wright, Finlay & Zak: Your Western
Regional Counsel for California, Nevada,
Arizona, Washington, Oregon, Utah, and
New Mexico**

Confidentiality Note: The information contained in this email is
privileged and confidential and is intended only for the use of the

individual or entity named If the reader of this email is not the
intended recipient, you are hereby notified that any distribution
or copy of this email is strictly prohibited. If you have received
this email in error, please notify the sender by telephone
immediately at (949) 477-5050 and arrangements will be made
for the return of this material. Thank You.

**From:** attycburke@charter.net [mailto:attycburke@charter.net]
**Sent:** Wednesday, November 02, 2016 5:25 PM
**To:** Christopher Alan James Swift
**Subject:** Marino - Attorney Fee Order

Good Evening Mr. Swift,


Please find the attached Order Granting Amended Motion for Attorney Fees and Costs for the above-referenced case. At your earliest convenience, please review the Order, and if agreeable, please sign and send it back so we may upload it with the Court.


Thank you,

Kimberly Wilson, assistant to:

Christopher P. Burke, Esq.

## Exhibit 4

## Exhibit 4

## Exhibit 4

## Christopher Alan James Swift

| | |
|---|---|
| **From:** | Christopher Alan James Swift |
| **Sent:** | Monday, November 28, 2016 10:18 AM |
| **To:** | Faith K. Harris; 'attycburke@charter.net' |
| **Cc:** | Edgar C. Smith |
| **Subject:** | RE: Marino - Attorney Fee Order |

Hi Christopher,

This will be my office's third request for a W-9 so that Ocwen can pay the attorney fees. Per the Court Order, the deadline for payment is today. Since we have not received a W-9 at this time, Ocwen cannot make payment. Will you please submit as soon as possible?

**Christopher A.J. Swift**
Attorney
Licensed in California and Nevada



7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 666-0632 Direct
(702) 475-7964 Office
(702) 946-1345 Fax

**Wright, Finlay & Zak: Your Western
Regional Counsel for California, Nevada,
Arizona, Washington, Oregon, Utah, and
New Mexico**

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank You.

**From:** Faith K. Harris
**Sent:** Thursday, November 17, 2016 11:14 AM
**To:** 'attycburke@charter.net'
**Cc:** Edgar C. Smith; Christopher Alan James Swift
**Subject:** RE: Marino - Attorney Fee Order

Good morning,

Following up on the below request for your w-9.

Faith Harris

Legal Assistant



WRIGHTFINLAY&ZAK LLP
ATTORNEYS AT LAW

7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964 Office
(702) 946-1345 Fax
fharris@wrightlegal.net
**Wright, Finlay & Zak: Your Western**
**Regional Counsel for California, Nevada,**
**Arizona, Washington, Oregon, Utah and**
**New Mexico**

Confidentiality Note: The information contained in this email is
privileged and confidential and is intended only for the use of the
individual or entity named If the reader of this email is not the
intended recipient, you are hereby notified that any distribution
or copy of this email is strictly prohibited. If you have received
this email in error, please notify the sender by telephone
immediately at (949) 477-5050 and arrangements will be made
for the return of this material. Thank You.

**From:** Christopher Alan James Swift
**Sent:** Tuesday, November 08, 2016 4:00 PM
**To:** 'attycburke@charter.net'
**Cc:** Faith K. Harris; Edgar C. Smith
**Subject:** RE: Marino - Attorney Fee Order

Hi Chris,

Please provide me with a W-9 for the attorney fee payment. Also, would you object to a continuance on my client's Opening Brief, currently due November 14, 2016? I need to know in case I need to file a motion for an extension of time this week.

Thanks,

Christopher A.J. Swift
Attorney
Licensed in California and Nevada



WRIGHTFINLAY&ZAK LLP
ATTORNEYS AT LAW

7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 666-0632 Direct
(702) 475-7964 Office
(702) 946-1345 Fax

**Wright, Finlay & Zak: Your Western**
**Regional Counsel for California, Nevada,**
**Arizona, Washington, Oregon, Utah, and**
**New Mexico**

Confidentiality Note: The information contained in this email is
privileged and confidential and is intended only for the use of the

individual or entity named If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank You.

**From:** Christopher Alan James Swift
**Sent:** Monday, November 07, 2016 9:17 AM
**To:** 'attycburke@charter.net'
**Cc:** Faith K. Harris
**Subject:** RE: Marino - Attorney Fee Order

Hi Kimberly,

Can you please send me a W-9 so I can get Ocwen to issue the check for the attorney fee/cost award?

Thanks,


Christopher A.J. Swift
Attorney
Licensed in California and Nevada

 WRIGHTFINLAY&ZAK LLP
ATTORNEYS AT LAW

7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 666-0632 Direct
(702) 475-7964 Office
(702) 946-1345 Fax

**Wright, Finlay & Zak: Your Western Regional Counsel for California, Nevada, Arizona, Washington, Oregon, Utah, and New Mexico**

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank You.


**From:** attycburke@charter.net [mailto:attycburke@charter.net]
**Sent:** Wednesday, November 02, 2016 5:25 PM
**To:** Christopher Alan James Swift
**Subject:** Marino - Attorney Fee Order


Good Evening Mr. Swift,

Please find the attached Order Granting Amended Motion for Attorney Fees and Costs for the above-referenced case. At your earliest convenience, please review the Order, and if agreeable, please sign and send it back so we may upload it with the Court.


Thank you,

Kimberly Wilson, assistant to:

Christopher P. Burke, Esq.

# Exhibit 5

# Exhibit 5

# Exhibit 5

**Christopher Alan James Swift**

| | |
|---|---|
| From: | attycburke@charter.net |
| Sent: | Monday, November 28, 2016 2:30 PM |
| To: | Christopher Alan James Swift |
| Subject: | Marino  BK-N-13-50461-BTB |

Dear Mr. Swift,


    As you are aware, there was a hearing on this motion and Judge Beesley made a ruling. However, the Court's Order did not require the submission of a W-9 prior to payment, nor should it, as one is not required. I have a LLM in Taxation, and would be happy to review any statute, regulation, or private letter ruling contrary to that.

    Therefore, please provide confirmation that a check will be sent by tomorrow, so no further motions have to be filed regarding payment pursuant to the Court's Order.


Sincerely,

Christopher P. Burke, Esq.

<u>Exhibit 6</u>

<u>Exhibit 6</u>

<u>Exhibit 6</u>

**OCWEN LOAN SERVICING, LLC**
A/P DISBURSEMENT ACCOUNT
1661 WORTHINGTON ROAD
WEST PALM BEACH, FL 33409

88-88/113
JP Morgan Chase Bank N.A
712 MAIN AT, RUSK
HOUSTON, TX 77002

**NO. 1677788**

| VENDOR | DATE | AMOUNT |
|--------|------|--------|
| 24249 | 12/09/2016 | $ 34,955.90*** |

PAY   *** Thirty Four Thousand Nine Hundred Fifty Five and 90/100***

TO
THE
ORDER
OF

Christopher P.Burke, Esq.
702 Plumas Street
RENO, NV 89509

VOID AFTER 160 DAYS
APPLY PAYMENT PER THE ATTACHED REMITTANCE ADVICE

*Catherine M. Dingle*

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑆001677788⑆ ⑈111300880⑈ ⑆0630006868⑇⑆

---

OCWEN LOAN SERVICING, LLC

CHECK DATE: 12/09/2016
VENDOR: 24249

No.:   1677788

| INVOICE | GROSS | DISCOUNT | AMOUNT PAID |
|---------|-------|----------|-------------|
| 12/1/2016   601363107/STLMNT 702 Plumas Street | 34,955.90 | 0.00 | 34,955.90 |

Marino, Christopher

Chris Swift

| | | | |
|---|---|---|---|
| TOTALS . . | 34,955.90 | 0.00 | 34,955.90 |

DETACH AND RETAIN THIS STATEMENT

## Exhibit 7

## Exhibit 7

## Exhibit 7



**MESSENGER INSTRUCTIONS**
PHONE (702) 385-5444
FAX (702) 385-1444



## NV51618

### 010 - STANDARD DELIVERY - 4 HRS

| FIRM NAME: & ADDRESS: | CUST #: 210007 |
|---|---|

WRIGHT FINLAY & ZAK - LITIGATION
7785 W. Sahara Avenue, Suite 200
Las Vegas NV, 89117
PHONE #:(702) 475-7964
FAX #:
CONTACT: Faith Harris EMAIL: fharris@wrightlegal.net
BILLING / FILE #: MARINO 614-2015586
DATE GENERATED #: 12/13/2016
CASE NAME #: VS
CASE #: 13-50461-btb

RECEIVED
DEC 1 3 2016
BY: _____

### 010 - STANDARD DELIVERY - 4 HRS

DUE DATE #: 12/13/2016

| SPECIAL INTRUCTIONS: |
|---|

PLEASE DELIVER CHECK #1677788 TO BURKE, HAVE BURKE
SIGN RECEIPT OF CHECK ATTACHED AND RETURN
EXECUTED RECEIPT OF CHECK TO WFZ

**DELIVER TO:**

| PICKUP FROM: | |
|---|---|

Pickup Date/Time: 12/13/2016 7:42 PM
WRIGHT FINLAY & ZAK - LITIGATION
Faith Harris
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964

Pickup Instructions:

Delivery Date/Time: 12/13/2016
CHRISTOPHER P. BURKE, ESQ.

702 Plumas Street
Reno, NV 89509

Delivery Instructions:

COMPLETED

| | |
|---|---|
| **SIGNATURE** | *Kim Wilson*<br>*Personal legal assist*<br>**PRINTED NAME / TIME**<br>*10:04am*   *40's  165*<br>*12/15/16*   *Brown  Female*<br>*Cauc*<br>*5-8"* |

Order#: NV51618/WORKM

Exhibit 8

Exhibit 8

Exhibit 8

WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 666-0632; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Ocwen Loan Servicing, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

CHRISTOPHER MICHAEL MARINO, and
VALERIE MARGARET MARINO,

　　　　　Debtors

Case No.: 13-50461-BTB
Chapter 7

**RECEIPT OF CHECK**

　　　　RECEIPT OF A CHECK of the above regarding Order Granting Amended Motion for Attorney Fees and Costs  in the amount of $34,955.50 check number 1677788, is hereby acknowledged this _15_ day of December, 2016.

_Mombard Wilson, assistant to:_

CHRISTOPHER P. BURKE, ESQ.
702 Plumas Street
Reno, Nevada 89509
Telephone: (775) 333-9277
*Attorney for Debtor(s)*

Page 1 of 1