

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
January 20, 2017

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*attycburke@charter.net*
702 Plumas Street
Reno, NV 89509
(775) 333-9277
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:                                           )    Case No.: BK-N-13-50461-BTB
                                                 )    Chapter 7
CHRISTOPHER MICHAEL MARINO                       )
VALERIE MARGARET MARINO                          )
                                                 )
                                                 )
                                                 )
                                                 )    Hearing Date: 1-11-17
            Debtors.                             )    Hearing Time: 2:00 p.m.

**ORDER APPROVING MOTION FOR ORDER
TO COMPEL PAYMENT OF ATTORNEY FEES**

THIS MATTER having come before the Court on Debtors', CHRISTOPHER MICHAEL MARINO and VALERIE MARGARET MARINO ("Debtors" or "Marinos") Motion for Order to Compel Payment of Attorney Fees [Dkt. 133] filed by their counsel, Christopher P. Burke, Esq., ("Burke"), and Ocwen appearing through its counsel, and the Court having read the pleadings, with good cause appearing therefore;

IT IS THEREFORE THE ORDER OF THIS COURT, that Marinos' Motion for Order to Compel Payment of Attorney Fees is hereby GRANTED as follows:

1   IT IS HEREBY ORDERED; Ocwen shall pay sanctions of $500 per day from November 29, 2016 through December 15, 2016, when the check was delivered, for a total of $8,000;

IT IS HEREBY FURTHER ORDERED; Ocwen shall pay said amount within thirty (30) days from the date of the hearing (i.e. January 11, 2017), or until February 10, 2017;

IT IS HEREBY FURTHER ORDERED; no additional attorney fees are granted.

IT IS SO ORDERED.

Respectfully submitted:

/s/ CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ
Attorney for Christopher Michael Marino
and Valerie Margaret Marino
702 Plumas St.
Reno, Nevada 89509
(775) 333-9277 Fax (775)329-1165

( ) approve        ( ) disapprove

___No Response___
CHRISTOPHER A.J. SWIFT, ESQ
Attorney for Ocwen Loan Servicing LLC
WRIGHT, FINLAY & ZAK LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 666-0632  Fax (702)946-1345

2

ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____ The court waived the requirements of approval under LR 9021 (b)(1).

_____ No parties appeared or filed written objections, and there is no trustee appointed in this case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

On January 12, 2017, to Christopher A.J. Swift, Esq., Attorney for Ocwen Loan Servicing at email: *cswift@wrightlegal.net*

_____ No opposition was filed to the motion and no counsel appeared at the hearing.

# # #

3