# EXHIBIT "C"




About    Shareholders    Ocwencares    Careers    Investor Services    Commercial    Contact



Ocwen Financial Corporation is one of the leading mortgage servicing companies in America, serving over 1.5 million customers through its primary brands PHH Mortgage and Liberty Home Equity Solutions.

## OUR COMPANY

- Company Values
- Diversity & Inclusion
- Leadership
- In the News
- Ocwencares

## WHAT WE DO

- Consumer Home Loans and Insurance
- Reverse Mortgage Loans
- Mortgage Solutions

# ABOUT US

## WHO WE ARE

Ocwen Financial Corporation (NYSE: OCN) is a financial services holding company providing mortgage servicing and originations solutions through its primary brands, PHH Mortgage and Liberty Reverse Mortgage. PHH Mortgage is one of the largest servicers in the country, focused on delivering a variety of servicing and lending programs. Liberty is one of the nation's largest reverse mortgage lenders dedicated to education and providing loans that help customers meet their personal and financial needs. Ocwen and its subsidiaries are committed to helping homeowners and delivering exceptional service and value to customers, clients and investors.

## OUR MISSION & VALUES

At Ocwen, our mission is to provide caring service and innovative lending solutions for homeowners and commercial customers. Our success is grounded in a

shared set of values, which guide our behavior and define the way we do business and interact with our customers, communities, investors, stakeholders and each other.

Our Values »

## CARING IN ACTION

We understand how important homeownership is to our customers and communities across America. We proudly serve over 1 million families' mortgage needs by helping to find real solutions that benefit our customers and working to build stronger communities. These efforts are all guided by a simple philosophy we call "Caring in Action."

Learn More »

Contact Us     Privacy     Terms     Licenses     Site Map

2020 © Ocwen Financial Corporation. All Rights Reserved.
NMLS#: 1849337 Ocwen USVI Services, LLC
NMLS#: 2726 PHH Mortgage Corporation

