# EXHIBIT "D"

Christopher P. Burke, Esq.
Nevada Bar No.: 004093
attycburke@charter.net
702 Plumas Street
Reno, Nevada 89509
(775) 333-9277
Attorney for Debtors

ECF Filed On

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

CHRISTOPHER MICHAEL MARINO
VALERIE MARGARET MARINO

Debtors.

Case No.: BK-13-50461-BTB

Chapter 7

**DECLARATION OF ALLEN DUTRA PURSUANT TO 28 U.S.C. §1746**

I, Allen Dutra, pursuant to 28 U.S.C. §1746, hereby declare under the penalty of perjury, that the foregoing is true and correct:

1. I am over the age of 18 and have personal knowledge of the facts stated herein.
2. That I have been a Certified Public Accountant ("CPA") since mid-1970s.
3. That I am a Chapter 7 bankruptcy trustee.
4. That I have reviewed First Republics Historical (Quarterly) Interest Rates (January 1986 to May 2020) (Ex. 'A').
5. That I have calculated these numbers using the average interest rate of three benchmarks; Prime Rate, 1 Month Libor, and 12 MAT Rate.
6. That $5,000 in 1989 dollars is the equivalent of $32,784.91 (Prime Rate), $14,948.67 (1 month Libor rate) or $14,980.02 (12 MAT rate) in 2020 dollars.
7. That using a standard 5% interest rate yields $22,690.20 in 2020 dollars.
8. That using a 6% standard interest rate yields $30,440.50 in 2020 dollars.

1

9. That in my professional opinion, based upon the above, a good estimate of $5,000 in 1989 dollars would be approximately $15,000 in 2020 dollars based upon a 4% interest rate.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

DATED this 17TH day of September 2020

Allen Dutra

# EXHIBIT "A"
## TO DECLARATION OF ALLEN DUTRA



**FIRST REPUBLIC**
*It's a privilege to serve you*

# Historical Interest Rates

**JANUARY 1986 TO MAY 2020 | 3 INDICES DISPLAYED**



12 MAT    1 Mo. Libor    Prime Rate

Month

| MONTH/YEAR | 12 MAT | 1 MO. LIBOR | PRIME RATE |
|---|---|---|---|
| Average | 3.603% | 3.596% | 6.254% |
| Minimum | 0.113% | 0.084% | 3.25% |
| Maximum | 8.71% | 10.099% | 11.5% |
| 5/2020 | 1.504% | 0.127% | 3.250% |
| 4/2020 | 1.691% | 0.084% | 3.250% |
| 3/2020 | 1.871% | 1.040% | 3.250% |
| 2/2020 | 1.966% | 1.581% | 4.750% |
| 1/2020 | 2.053% | 1.662% | 4.750% |
| 12/2019 | 2.150% | 1.760% | 4.750% |
| 11/2019 | 2.240% | 1.694% | 4.750% |
| 10/2019 | 2.327% | 1.785% | 4.750% |
| 9/2019 | 2.390% | 2.016% | 5.000% |
| 8/2019 | 2.447% | 2.089% | 5.250% |
| 7/2019 | 2.482% | 2.224% | 5.500% |
| 6/2019 | 2.510% | 2.398% | 5.500% |
| 5/2019 | 2.504% | 2.430% | 5.500% |
| 4/2019 | 2.482% | 2.481% | 5.500% |
| 3/2019 | 2.446% | 2.494% | 5.500% |
| 2/2019 | 2.397% | 2.490% | 5.500% |
| 1/2019 | 2.331% | 2.513% | 5.500% |
| 12/2018 | 2.252% | 2.503% | 5.500% |

https://www.firstrepublic.com/finmkts/historical-interest-rates

1/9

| MONTH/YEAR | 12 MAT | 1 YR LIBOR | PRIME RATE |
|---|---|---|---|
| 11/2018 | 2.157% | 2.347% | 5.250% |
| 10/2018 | 2.053% | 2.307% | 5.250% |
| 9/2018 | 1.946% | 2.261% | 5.250% |
| 8/2018 | 1.844% | 2.114% | 5.000% |
| 7/2018 | 1.844% | 2.071% | 5.000% |
| 6/2018 | 1.653% | 2.092% | 5.000% |
| 5/2018 | 1.557% | 1.982% | 4.750% |
| 4/2018 | 1.464% | 1.907% | 4.750% |
| 3/2018 | 1.377% | 1.883% | 4.750% |
| 2/2018 | 1.282% | 1.664% | 4.500% |
| 1/2018 | 1.201% | 1.575% | 4.500% |
| 12/2017 | 1.132% | 1.568% | 4.500% |
| 11/2017 | 1.063% | 1.361% | 4.250% |
| 10/2017 | 0.944% | 1.242% | 4.250% |
| 9/2017 | 0.944% | 1.235% | 4.250% |
| 8/2017 | 0.830% | 1.237% | 4.250% |
| 7/2017 | 0.830% | 1.232% | 4.250% |
| 6/2017 | 0.776% | 1.227% | 4.250% |
| 5/2017 | 0.732% | 1.050% | 4.000% |
| 4/2017 | 0.692% | 0.995% | 4.000% |
| 3/2017 | 0.662% | 0.983% | 4.000% |
| 2/2017 | 0.638% | 0.784% | 3.750% |
| 1/2017 | 0.574% | 0.780% | 3.750% |
| 12/2016 | 0.574% | 0.771% | 3.750% |
| 11/2016 | 0.574% | 0.617% | 3.500% |
| 10/2016 | 0.541% | 0.533% | 3.500% |
| 9/2016 | 0.507% | 0.527% | 3.500% |
| 8/2016 | 0.507% | 0.523% | 3.500% |
| 7/2016 | 0.507% | 0.494% | 3.500% |
| 6/2016 | 0.489% | 0.442% | 3.500% |
| 5/2016 | 0.467% | 0.442% | 3.500% |
| 4/2016 | 0.438% | 0.436% | 3.500% |
| 3/2016 | 0.410% | 0.437% | 3.500% |
| 2/2016 | 0.322% | 0.441% | 3.500% |
| 1/2016 | 0.350% | 0.430% | 3.500% |
| 12/2015 | 0.320% | 0.420% | 3.500% |
| 11/2015 | 0.290% | 0.243% | 3.250% |
| 10/2015 | 0.242% | 0.192% | 3.250% |
| 9/2015 | 0.221% | 0.193% | 3.250% |
| 8/2015 | 0.198% | 0.198% | 3.250% |
| 7/2015 | 0.182% | 0.191% | 3.250% |
| 6/2015 | 0.167% | 0.186% | 3.250% |
| 5/2015 | 0.150% | 0.184% | 3.250% |
| 4/2015 | 0.146% | 0.181% | 3.250% |
| 3/2015 | 0.136% | 0.176% | 3.250% |
| 2/2015 | 0.127% | 0.173% | 3.250% |
| 1/2015 | 0.121% | 0.171% | 3.250% |
| 12/2014 | 0.121% | 0.171% | 3.250% |
| 11/2014 | 0.114% | 0.171% | 3.250% |
| 10/2014 | 0.113% | 0.154% | 3.250% |
| 9/2014 | 0.115% | 0.156% | 3.250% |
| 8/2014 | 0.117% | 0.156% | 3.250% |

| MONTH/YEAR | 12 MAT | 1 MO. LIBOR | PRIME RATE |
|---|---|---|---|
| 7/2014 | 0.118% | 0.156% | 3.250% |
| 6/2014 | 0.122% | 0.155% | 3.250% |
| 5/2014 | 0.123% | 0.151% | 3.250% |
| 4/2014 | 0.123% | 0.151% | 3.250% |
| 3/2014 | 0.124% | 0.152% | 3.250% |
| 2/2014 | 0.126% | 0.156% | 3.250% |
| 1/2014 | 0.129% | 0.157% | 3.250% |
| 12/2013 | 0.132% | 0.168% | 3.250% |
| 11/2013 | 0.134% | 0.168% | 3.250% |
| 10/2013 | 0.139% | 0.168% | 3.250% |
| 9/2013 | 0.144% | 0.179% | 3.250% |
| 8/2013 | 0.149% | 0.182% | 3.250% |
| 7/2013 | 0.153% | 0.187% | 3.250% |
| 6/2013 | 0.159% | 0.195% | 3.250% |
| 5/2013 | 0.163% | 0.194% | 3.250% |
| 4/2013 | 0.169% | 0.198% | 3.250% |
| 3/2013 | 0.174% | 0.204% | 3.250% |
| 2/2013 | 0.178% | 0.204% | 3.250% |
| 1/2013 | 0.178% | 0.200% | 3.250% |
| 12/2012 | 0.175% | 0.209% | 3.250% |
| 11/2012 | 0.172% | 0.215% | 3.250% |
| 10/2012 | 0.166% | 0.212% | 3.250% |
| 9/2012 | 0.160% | 0.214% | 3.250% |
| 8/2012 | 0.148% | 0.231% | 3.250% |
| 7/2012 | 0.148% | 0.246% | 3.250% |
| 6/2012 | 0.147% | 0.246% | 3.250% |
| 5/2012 | 0.147% | 0.239% | 3.250% |
| 4/2012 | 0.153% | 0.239% | 3.250% |
| 3/2012 | 0.158% | 0.241% | 3.250% |
| 2/2012 | 0.170% | 0.244% | 3.250% |
| 1/2012 | 0.182% | 0.265% | 3.250% |
| 12/2011 | 0.196% | 0.295% | 3.250% |
| 11/2011 | 0.208% | 0.271% | 3.250% |
| 10/2011 | 0.218% | 0.245% | 3.250% |
| 9/2011 | 0.231% | 0.239% | 3.250% |
| 8/2011 | 0.243% | 0.222% | 3.250% |
| 7/2011 | 0.252% | 0.191% | 3.250% |
| 6/2011 | 0.252% | 0.186% | 3.250% |
| 5/2011 | 0.263% | 0.190% | 3.250% |
| 4/2011 | 0.295% | 0.210% | 3.250% |
| 3/2011 | 0.295% | 0.243% | 3.250% |
| 2/2011 | 0.307% | 0.261% | 3.250% |
| 1/2011 | 0.318% | 0.260% | 3.250% |
| 12/2010 | 0.325% | 0.261% | 3.250% |
| 11/2010 | 0.330% | 0.261% | 3.250% |
| 10/2010 | 0.342% | 0.254% | 3.250% |
| 9/2010 | 0.342% | 0.256% | 3.250% |
| 8/2010 | 0.353% | 0.258% | 3.250% |
| 7/2010 | 0.370% | 0.359% | 3.250% |
| 6/2010 | 0.386% | 0.348% | 3.250% |
| 5/2010 | 0.402% | 0.351% | 3.250% |
| 4/2010 | 0.413% | 0.280% | 3.250% |

| MONTH/YEAR | 12 MAT | 1 MO. LIBOR | PRIME RATE |
|---|---|---|---|
| 3/2010 | 0.421% | 0.249% | 3.250% |
| 2/2010 | 0.441% | 0.229% | 3.250% |
| 1/2010 | 0.463% | 0.229% | 3.250% |
| 12/2009 | 0.471% | 0.231% | 3.250% |
| 11/2009 | 0.481% | 0.235% | 3.250% |
| 10/2009 | 0.544% | 0.244% | 3.250% |
| 9/2009 | 0.632% | 0.246% | 3.250% |
| 8/2009 | 0.758% | 0.259% | 3.250% |
| 7/2009 | 0.901% | 0.279% | 3.250% |
| 6/2009 | 1.051% | 0.309% | 3.250% |
| 5/2009 | 1.210% | 0.316% | 3.250% |
| 4/2009 | 1.339% | 0.411% | 3.250% |
| 3/2009 | 1.438% | 0.501% | 3.250% |
| 2/2009 | 1.513% | 0.496% | 3.250% |
| 1/2009 | 1.633% | 0.419% | 3.250% |
| 12/2008 | 1.822% | 0.436% | 3.250% |
| 11/2008 | 2.053% | 1.901% | 4.000% |
| 10/2008 | 2.255% | 2.581% | 4.000% |
| 9/2008 | 2.478% | 3.926% | 5.000% |
| 8/2008 | 2.664% | 2.486% | 5.000% |
| 7/2008 | 2.855% | 2.461% | 5.000% |
| 6/2008 | 3.078% | 2.463% | 5.000% |
| 5/2008 | 3.290% | 4.750% | 5.000% |
| 4/2008 | 3.528% | 4.550% | 5.250% |
| 3/2008 | 3.794% | 4.550% | 6.000% |
| 2/2008 | 4.076% | 3.140% | 6.000% |
| 1/2008 | 4.326% | 4.600% | 7.250% |
| 12/2007 | 4.522% | 5.236% | 7.500% |
| 11/2007 | 4.662% | 4.706% | 7.500% |
| 10/2007 | 4.788% | 5.124% | 7.750% |
| 9/2007 | 4.863% | 5.720% | 8.250% |
| 8/2007 | 4.932% | 5.320% | 8.250% |
| 7/2007 | 4.983% | 5.320% | 8.250% |
| 6/2007 | 5.004% | 5.320% | 8.250% |
| 5/2007 | 5.021% | 5.320% | 8.250% |
| 4/2007 | 5.028% | 5.320% | 8.250% |
| 3/2007 | 5.026% | 5.320% | 8.250% |
| 2/2007 | 5.013% | 5.320% | 8.250% |
| 1/2007 | 4.983% | 5.322% | 8.250% |
| 12/2006 | 4.932% | 5.350% | 8.250% |
| 11/2006 | 4.883% | 5.320% | 8.250% |
| 10/2006 | 4.826% | 5.322% | 8.250% |
| 9/2006 | 4.758% | 5.330% | 8.250% |
| 8/2006 | 4.664% | 5.391% | 8.250% |
| 7/2006 | 4.563% | 5.334% | 8.250% |
| 6/2006 | 4.432% | 5.111% | 8.000% |
| 5/2006 | 4.282% | 5.081% | 7.750% |
| 4/2006 | 4.143% | 4.919% | 7.500% |
| 3/2006 | 4.011% | 4.760% | 7.500% |
| 2/2006 | 3.888% | 4.579% | 7.500% |
| 1/2006 | 3.751% | 4.488% | 7.500% |
| 12/2005 | 3.618% | 4.154% | 7.250% |

| MONTH/YEAR | 12 MAT | 1 MO. LIBOR | |
|---|---|---|---|
| 11/2005 | 3.478% | 3.991% | 7.000% |
| 10/2005 | 3.326% | 3.781% | 6.750% |
| 9/2005 | 3.163% | 3.601% | 6.500% |
| 8/2005 | 3.019% | 3.416% | 6.250% |
| 7/2005 | 2.865% | 3.249% | 6.250% |
| 6/2005 | 2.737% | 3.093% | 6.000% |
| 5/2005 | 2.633% | 2.976% | 6.000% |
| 4/2005 | 2.504% | 2.810% | 5.750% |
| 3/2005 | 2.347% | 2.611% | 5.750% |
| 2/2005 | 2.171% | 2.495% | 5.250% |
| 1/2005 | 2.022% | 2.495% | 5.250% |
| 12/2004 | 1.887% | 2.389% | 5.250% |
| 11/2004 | 1.773% | 2.130% | 5.000% |
| 10/2004 | 1.677% | 1.901% | 4.750% |
| 9/2004 | 1.595% | 1.784% | 4.750% |
| 8/2004 | 1.522% | 1.596% | 4.500% |
| 7/2004 | 1.463% | 1.412% | 4.250% |
| 6/2004 | 1.381% | 1.250% | 4.000% |
| 5/2004 | 1.288% | 1.101% | 4.000% |
| 4/2004 | 1.238% | 1.099% | 4.000% |
| 3/2004 | 1.225% | 1.099% | 4.000% |
| 2/2004 | 1.229% | 1.092% | 4.000% |
| 1/2004 | 1.234% | 1.100% | 4.000% |
| 12/2003 | 1.244% | 1.150% | 4.000% |
| 11/2003 | 1.256% | 1.130% | 4.000% |
| 10/2003 | 1.268% | 1.120% | 4.000% |
| 9/2003 | 1.302% | 1.120% | 4.000% |
| 8/2003 | 1.342% | 1.110% | 4.000% |
| 7/2003 | 1.379% | 1.110% | 4.000% |
| 6/2003 | 1.449% | 1.160% | 4.000% |
| 5/2003 | 1.548% | 1.320% | 4.250% |
| 4/2003 | 1.646% | 1.310% | 4.250% |
| 3/2003 | 1.747% | 1.300% | 4.250% |
| 2/2003 | 1.858% | 1.340% | 4.250% |
| 1/2003 | 1.935% | 1.360% | 4.250% |
| 12/2002 | 2.002% | 1.420% | 4.250% |
| 11/2002 | 2.066% | 1.440% | 4.250% |
| 10/2002 | 2.123% | 1.800% | 4.750% |
| 9/2002 | 2.180% | 1.820% | 4.750% |
| 8/2002 | 2.272% | 1.800% | 4.750% |
| 7/2002 | 2.414% | 1.830% | 4.750% |
| 6/2002 | 2.553% | 1.840% | 4.750% |
| 5/2002 | 2.668% | 1.840% | 4.750% |
| 4/2002 | 2.787% | 1.880% | 4.750% |
| 3/2002 | 2.912% | 1.890% | 4.750% |
| 2/2002 | 3.056% | 1.850% | 4.750% |
| 1/2002 | 3.260% | 1.800% | 4.750% |
| 12/2001 | 3.481% | 1.953% | 5.000% |
| 11/2001 | 3.763% | 2.125% | 5.500% |
| 10/2001 | 4.088% | 2.480% | 5.500% |
| 9/2001 | 4.395% | 3.155% | 6.000% |
| 8/2001 | 4.671% | 3.636% | 6.500% |

| MONTH/YEAR | 12 MAT | 1 MO. LIBOR | PRIME RATE |
|---|---|---|---|
| 7/2001 | 4.897% | 3.816% | 6.750% |
| 6/2001 | 5.102% | 3.912% | 6.750% |
| 5/2001 | 5.318% | 4.157% | 7.500% |
| 4/2001 | 5.530% | 4.805% | 7.500% |
| 3/2001 | 5.711% | 5.513% | 8.000% |
| 2/2001 | 5.871% | 5.522% | 8.500% |
| 1/2001 | 5.999% | 5.873% | 9.000% |
| 12/2000 | 6.108% | 6.691% | 9.500% |
| 11/2000 | 6.128% | 6.636% | 9.500% |
| 10/2000 | 6.083% | 6.620% | 9.500% |
| 9/2000 | 6.035% | 6.621% | 9.500% |
| 8/2000 | 5.962% | 6.621% | 9.500% |
| 7/2000 | 5.880% | 6.627% | 9.500% |
| 6/2000 | 5.793% | 6.649% | 9.500% |
| 5/2000 | 5.703% | 6.544% | 9.500% |
| 4/2000 | 5.580% | 6.150% | 9.500% |
| 3/2000 | 5.458% | 6.051% | 9.000% |
| 2/2000 | 5.338% | 5.890% | 8.750% |
| 1/2000 | 5.212% | 5.809% | 8.750% |
| 12/1999 | 5.078% | 5.823% | 8.000% |
| 11/1999 | 4.968% | 5.580% | 8.500% |
| 10/1999 | 4.883% | 5.410% | 8.250% |
| 9/1999 | 4.773% | 5.382% | 8.250% |
| 8/1999 | 4.728% | 5.285% | 8.250% |
| 7/1999 | 4.729% | 5.180% | 8.000% |
| 6/1999 | 4.757% | 5.039% | 7.750% |
| 5/1999 | 4.783% | 4.914% | 7.750% |
| 4/1999 | 4.832% | 4.921% | 7.750% |
| 3/1999 | 4.889% | 4.945% | 7.750% |
| 2/1999 | 4.940% | 4.940% | 7.750% |
| 1/1999 | 4.991% | 4.979% | 7.750% |
| 12/1998 | 5.052% | 5.529% | 7.750% |
| 11/1998 | 5.136% | 5.229% | 7.750% |
| 10/1998 | 5.213% | 5.313% | 8.000% |
| 9/1998 | 5.325% | 5.560% | 8.250% |
| 8/1998 | 5.393% | 5.649% | 8.500% |
| 7/1998 | 5.422% | 5.656% | 8.500% |
| 6/1998 | 5.437% | 5.658% | 8.500% |
| 5/1998 | 5.460% | 5.652% | 8.500% |
| 4/1998 | 5.496% | 5.659% | 8.500% |
| 3/1998 | 5.547% | 5.687% | 8.500% |
| 2/1998 | 5.581% | 5.630% | 8.500% |
| 1/1998 | 5.597% | 5.623% | 8.500% |
| 12/1997 | 5.630% | 5.932% | 8.500% |
| 11/1997 | 5.625% | 5.707% | 8.500% |
| 10/1997 | 5.622% | 5.639% | 8.500% |
| 9/1997 | 5.629% | 5.656% | 8.500% |
| 8/1997 | 5.655% | 5.636% | 8.500% |
| 7/1997 | 5.664% | 5.667% | 8.500% |
| 6/1997 | 5.690% | 5.688% | 8.500% |
| 5/1997 | 5.700% | 5.692% | 8.500% |
| 4/1997 | 5.681% | 5.688% | 8.500% |

| MONTH/YEAR | 12 MAT | 1 MO. LIBOR | PRIME RATE |
|---|---|---|---|
| 3/1997 | 5.643% | 5.512% | 8.500% |
| 2/1997 | 5.605% | 5.408% | 8.250% |
| 1/1997 | 5.556% | 5.460% | 8.250% |
| 12/1996 | 5.513% | 5.605% | 8.250% |
| 11/1996 | 5.499% | 5.393% | 8.250% |
| 10/1996 | 5.500% | 5.386% | 8.250% |
| 9/1996 | 5.503% | 5.474% | 8.250% |
| 8/1996 | 5.486% | 5.424% | 8.250% |
| 7/1996 | 5.493% | 5.470% | 8.250% |
| 6/1996 | 5.471% | 5.472% | 8.250% |
| 5/1996 | 5.457% | 5.434% | 8.250% |
| 4/1996 | 5.487% | 5.456% | 8.250% |
| 3/1996 | 5.548% | 5.377% | 8.250% |
| 2/1996 | 5.638% | 5.329% | 8.250% |
| 1/1996 | 5.785% | 5.584% | 8.500% |
| 12/1995 | 5.948% | 5.870% | 8.500% |
| 11/1995 | 6.101% | 5.832% | 8.750% |
| 10/1995 | 6.193% | 5.867% | 8.750% |
| 9/1995 | 6.237% | 5.858% | 8.750% |
| 8/1995 | 6.248% | 5.895% | 8.750% |
| 7/1995 | 6.233% | 5.921% | 8.750% |
| 6/1995 | 6.223% | 6.060% | 9.000% |
| 5/1995 | 6.193% | 6.063% | 9.000% |
| 4/1995 | 6.135% | 6.111% | 9.000% |
| 3/1995 | 6.014% | 6.125% | 9.000% |
| 2/1995 | 5.838% | 6.116% | 9.000% |
| 1/1995 | 5.603% | 5.928% | 8.500% |
| 12/1994 | 5.310% | 6.084% | 8.500% |
| 11/1994 | 5.016% | 5.486% | 8.500% |
| 10/1994 | 4.769% | 5.069% | 7.750% |
| 9/1994 | 4.543% | 4.932% | 7.750% |
| 8/1994 | 4.343% | 4.688% | 7.750% |
| 7/1994 | 4.166% | 4.554% | 7.250% |
| 6/1994 | 3.998% | 4.384% | 7.250% |
| 5/1994 | 3.854% | 4.334% | 7.250% |
| 4/1994 | 3.692% | 3.845% | 6.750% |
| 3/1994 | 3.560% | 3.625% | 6.250% |
| 2/1994 | 3.478% | 3.384% | 6.000% |
| 1/1994 | 3.438% | 3.147% | 6.000% |
| 12/1993 | 3.434% | 3.327% | 6.000% |
| 11/1993 | 3.443% | 3.207% | 6.000% |
| 10/1993 | 3.451% | 3.188% | 6.000% |
| 9/1993 | 3.443% | 3.168% | 6.000% |
| 8/1993 | 3.428% | 3.188% | 6.000% |
| 7/1993 | 3.431% | 3.173% | 6.000% |
| 6/1993 | 3.442% | 3.216% | 6.000% |
| 5/1993 | 3.494% | 3.145% | 6.000% |
| 4/1993 | 3.563% | 3.163% | 6.000% |
| 3/1993 | 3.652% | 3.188% | 6.000% |
| 2/1993 | 3.760% | 3.144% | 6.000% |
| 1/1993 | 3.835% | 3.219% | 6.000% |
| 12/1992 | 3.889% | 3.696% | 6.000% |

| MONTH/YEAR | 12 MAT | 1 MO. LIBOR | PRIME |
|---|---|---|---|
| 11/1992 | 3.945% | 3.313% | 6.000% |
| 10/1992 | 4.046% | 3.222% | 6.000% |
| 9/1992 | 4.215% | 3.267% | 6.000% |
| 8/1992 | 4.414% | 3.416% | 6.000% |
| 7/1992 | 4.607% | 3.467% | 6.000% |
| 6/1992 | 4.833% | 3.940% | 6.500% |
| 5/1992 | 5.015% | 3.900% | 6.500% |
| 4/1992 | 5.177% | 4.094% | 6.500% |
| 3/1992 | 5.338% | 4.327% | 6.500% |
| 2/1992 | 5.486% | 4.147% | 6.500% |
| 1/1992 | 5.651% | 4.185% | 6.500% |
| 12/1991 | 5.858% | 4.894% | 6.500% |
| 11/1991 | 6.081% | 4.866% | 7.500% |
| 10/1991 | 6.283% | 5.258% | 8.000% |
| 9/1991 | 6.468% | 5.531% | 8.000% |
| 8/1991 | 6.650% | 5.699% | 8.500% |
| 7/1991 | 6.817% | 5.983% | 8.500% |
| 6/1991 | 6.953% | 6.100% | 8.500% |
| 5/1991 | 7.098% | 5.991% | 8.500% |
| 4/1991 | 7.280% | 6.172% | 9.000% |
| 3/1991 | 7.460% | 6.544% | 9.000% |
| 2/1991 | 7.623% | 6.591% | 9.000% |
| 1/1991 | 7.776% | 7.231% | 9.500% |
| 12/1990 | 7.883% | 8.076% | 10.000% |
| 11/1990 | 7.938% | 8.157% | 10.000% |
| 10/1990 | 7.977% | 8.153% | 10.000% |
| 9/1990 | 8.013% | 8.211% | 10.000% |
| 8/1990 | 8.052% | 8.111% | 10.000% |
| 7/1990 | 8.085% | 8.004% | 10.000% |
| 6/1990 | 8.081% | 8.319% | 10.000% |
| 5/1990 | 8.109% | 8.313% | 10.000% |
| 4/1990 | 8.164% | 8.449% | 10.000% |
| 3/1990 | 8.244% | 8.415% | 10.000% |
| 2/1990 | 8.346% | 8.329% | 10.000% |
| 1/1990 | 8.441% | 8.319% | 10.000% |
| 12/1989 | 8.535% | 8.788% | 10.500% |
| 11/1989 | 8.641% | 8.592% | 10.500% |
| 10/1989 | 8.700% | 8.795% | 10.500% |
| 9/1989 | 8.710% | 8.994% | 10.500% |
| 8/1989 | 8.699% | 8.935% | 10.500% |
| 7/1989 | 8.698% | 9.119% | 10.500% |
| 6/1989 | 8.687% | 9.517% | 11.000% |
| 5/1989 | 8.608% | 9.771% | 11.500% |
| 4/1989 | 8.476% | 9.988% | 11.500% |
| 3/1989 | 8.280% | 10.099% | 11.500% |
| 2/1989 | 8.042% | 9.517% | 11.500% |
| 1/1989 | 7.824% | 9.250% | 10.500% |
| 12/1988 | 7.653% | 9.434% | 10.500% |
| 11/1988 | 7.501% | 8.613% | 10.500% |
| 10/1988 | 7.374% | 8.338% | 10.000% |
| 9/1988 | 7.331% | 8.295% | 10.000% |
| 8/1988 | 7.296% | 8.278% | 10.000% |

| MONTH/YEAR | 12 MAT | 1 MO. LIBOR | PRIME RATE |
|---|---|---|---|
| 7/1988 | 7.201% | 7.972% | 9.500% |
| 6/1988 | 7.112% | 7.653% | 9.000% |
| 5/1988 | 7.054% | 7.278% | 9.000% |
| 4/1988 | 7.021% | 7.031% | 8.500% |
| 3/1988 | 6.978% | 6.810% | 8.500% |
| 2/1988 | 6.922% | 6.788% | 8.500% |
| 1/1988 | 6.865% | 7.009% | 8.750% |
| 12/1987 | 6.764% | 8.131% | 8.750% |
| 11/1987 | 6.656% | 7.043% | 8.750% |
| 10/1987 | 6.559% | 7.628% | 9.000% |
| 9/1987 | 6.403% | 7.503% | 8.750% |
| 8/1987 | 6.245% | 6.836% | 8.250% |
| 7/1987 | 6.153% | 6.832% | 8.250% |
| 6/1987 | 6.119% | 7.117% | 8.250% |
| 5/1987 | 6.113% | 7.109% | 8.250% |
| 4/1987 | 6.084% | 6.676% | 7.750% |
| 3/1987 | 6.079% | 6.503% | 7.500% |
| 2/1987 | 6.163% | 6.349% | 7.500% |
| 1/1987 | 6.300% | 6.265% | 7.500% |
| 12/1986 | 6.463% | 6.864% | 7.500% |
| 11/1986 | 6.613% | 6.057% | 7.500% |
| 10/1986 | 6.786% | 5.980% | 7.500% |
| 9/1986 | 6.977% | 6.074% | 7.500% |
| 8/1986 | 7.168% | 6.244% | 7.500% |
| 7/1986 | 7.345% | 6.682% | 8.000% |
| 6/1986 | 7.478% | 7.086% | 8.500% |
| 5/1986 | 7.567% | 7.003% | 8.500% |
| 4/1986 | 7.718% | 7.026% | 8.500% |
| 3/1986 | 7.943% | 7.625% | 9.000% |
| 2/1986 | 8.178% | 7.987% | 9.500% |
| 1/1986 | 8.318% | 8.137% | 9.500% |

© 1997–2020 First Republic Bank.

Firstrepublic.com provides information about and access to accounts and financial services by First Republic Bank and its affiliates.

Banking products and services are offered by First Republic Bank, Member FDIC and Equal Housing Lender

Investment Advisory services are provided by First Republic Investment Management, Inc. Trust and Fiduciary services are offered through First Republic Trust Company, a division of First Republic Bank, and First Republic Trust Company of Delaware LLC and First Republic Trust Company of Wyoming LLC, both wholly owned subsidiaries of First Republic Bank. Brokerage services are offered through First Republic Securities Company, LLC, Member FINRA/SIPC. Insurance services are provided through First Republic Securities Company, DBA Grand Eagle Insurance Services, LLC, CA Insurance License #0I13184, and First Republic Investment Management, DBA Eagle Private Insurance Services, CA Insurance License #0K93728.

Investment, Insurance and Advisory Products and Services, and Foreign Exchange Transactions, are Not FDIC Insured or Insured by Any Federal Government Agency, Not a Deposit, Not Bank Guaranteed and May Lose Value.