# EXHIBIT '1'

Christopher P. Burke, Esq. #4093
702 Plumas St.
Reno, Nevada 89509
(775)333-9277
attycburke@charter.net
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

CHRISTOPHER MICHAEL MARINO
and VALERIE MARGARET MARINO

DEBTOR(S).

Case No.:BK-13-50461-BTB

Chapter 7

**DECLARATION OF CHRISTOPHER P. BURKE, ESQ.**

Hearing Date: 10/14/20
Hearing Time: 2:00 p.m.

I, Christopher P. Burke, Esq., ("Burke") declare under penalty of perjury that the foregoing is true and correct:

1. That I am an attorney licensed in the State of Nevada and before this Court.

2. That I am attorney of record for Christopher Michael Marino and Valerie Margaret Marino, Debtors in the above-captioned Chapter 7 bankruptcy.

3. That on October 6, 2020, I researched the Leagle.com website, the State of Connecticut Department of Banking website, the Reuters website, housingwire.com website, and cutoday.info website.

4. That the information and articles from these websites regarding PHH being fined or sanctioned, are attached hereto as corresponding Exhibits A, B, C, D, and E.

5. Further your affiant sayeth naught.

Dated this 7TH day of October 2020.

/s/ CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor

1