# *EXHIBIT 'D'*



World  Business  Markets  Breakingviews  Video

BANKS
AUGUST 8, 2017 / 9:21 AM / UPDATED 3 YEARS AGO

# PHH to pay $74.5 million to resolve U.S. mortgage probes

By Nate Raymond

(Reuters) - Mortgage company PHH Corp will pay nearly $74.5 million to resolve claims it generated defec Fannie Mae and Freddie Mac bought, The U.S. Justice Department said on Tuesday.

The deal with Mount Laurel, New Jersey-based PHH follows settlements between the Justice Department ; years in the wake of the 2007-2009 financial crisis.

"This significant resolution helps rectify the misconduct by returning more than $74 million in wrongfully U.S. attorney in Minnesota, said in a statement.

The deal also involved the company's PHH Home Loans, which operates in Edina, Minnesota.

PHH, in a statement, said it cooperated fully in the investigations that led to the settlement agreements sir resolve the probes without admitting liability.

"Adhering to high legal, regulatory and ethical standards is at the core of how we conduct business, and we stakeholders consistent with that principle," PHH said.

PHH recently won legal victories in its challenge of the constitutionality of the U.S. Consumer Financial Pı company over alleged illegal kickbacks.

PHH argued that the bureau's director, Richard Cordray, has more power than the Constitution allows. The arguments before an 11-judge federal appellate court.

But in Tuesday's case, the Justice Department took PHH to task for failing to comply with certain originatiı Federal Housing Administration, the U.S. Veterans Affairs Department, Fannie Mae and Freddie Mac.

The Justice Department said that from 2006 to 2011, PHH certified ineligible home loans for FHA insuranc paid insurance claims on those mortgages, the department said.

PHH also submitted ineligible loans to be guaranteed for coverage through a Veterans Affairs Department ] become homeowners, the Justice Department said.

It also originated and sold ineligible loans to mortgage giants Fannie Mae and Freddie Mac, which the gove under the Federal Housing Finance Agency, the Justice Department said.

Some of the allegations in Tuesday's case arose from a whistleblower lawsuit filed by Mary Bozzelli, a form settlements, the Justice Department said.