_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 17, 2021

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for PHH Mortgage Corporation formerly known as Ocwen Loan Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | Case No.: 13-50461-BTB |
| CHRISTOPHER MICHAEL MARINO, and VALERIE MARGARET MARINO, | Chapter 7 |
| Debtors | **ORDER ON STIPULATION TO BIFURCATE HEARING** |
| | Hearing Date: February 19, 2021<br>Hearing Time: 10:00 AM |

The Court having reviewed the Stipulation to Bifurcate Hearing entered into by and between Debtors, Christopher Michael Marino and Valerie Margaret Marino ("Debtors"), and Creditor, PHH Mortgage Corporation formerly known as Ocwen Loan Servicing, LLC

1

1  ("PHH"), by and through their respective counsel of record, and good cause appearing, the
2  Court Orders the following:
3      IT IS HEREBY ORDERED THAT the February 19, 2021 hearing shall proceed on the
4  Rule 60 motion and on the issue of whether and to what extent a separate evidentiary hearing is
5  required on the punitive damages issue.
6      IT IS FURTHER ORDERED THAT if the Court denies PHH's Rule 60 motion and
7  determines a hearing on punitive damages is not necessary, the parties shall be prepared to
8  argue the issue of whether punitive damages should be awarded and in what amount at the
9  February 19, 2021 hearing.
10     IT IS FURTHER ORDERED THAT if the Court grants PHH's Rule 60 motion for a
11 new evidentiary hearing, or if the Court believes another evidentiary hearing is required before
12 punitive damages can be assessed, the Court will schedule a date for an evidentiary hearing in
13 April, 2021, or as soon thereafter as is otherwise convenient for the Court. The Court's ruling on
14 the law and motion issues may narrow issues or resolve the need for an evidentiary hearing
15 altogether.
16     IT IS SO ORDERED.

Submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Darren T. Brenner*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for PHH Mortgage Corporation formerly known as Ocwen Loan Servicing, LLC*