WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for PHH Mortgage Corporation formerly known as Ocwen Loan Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | Case No.: 13-50461-BTB |
| CHRISTOPHER MICHAEL MARINO, and VALERIE MARGARET MARINO, | Chapter 7 |
| Debtors | **STIPULATION TO CONTINUE HEARING** |
| | Hearing Date: February 19, 2021<br>Hearing Time: 10:00 AM |

This Stipulation to Continue Hearing is entered into by and between Debtors, Christopher Michael Marino and Valerie Margaret Marino ("Debtors"), and Creditor, PHH Mortgage Corporation formerly known as Ocwen Loan Servicing, LLC ("PHH"), by and through their respective counsel of record, and concerns PHH's Amended Motion for Relief from Judgment or Order (Rule 9024) and for New Evidentiary Hearing ("Amended Motion for Relief")[ECF No. 167].

On February 17, 2021, this Court entered an Order on Stipulation to Bifurcate Hearing, which affected PHH's Amended Motion for Relief and Debtors' Motion to Determine Punitive Damages [ECF No. 157]. Under the terms of the Order, PHH's Amended Motion for Relief was to be heard on February 19, 2021, and the Court was then to determine whether an

1

evidentiary hearing was needed on the matter regarding PHH's Amended Motion for Relief and Debtors' Motion or if the Court could make a determination as to punitive damages without further hearing.

The parties recently exchanged settlement proposals, and have agreed it would be mutually beneficial to continue the hearing currently set for February 19, 2021 in order to complete those discussions prior to incurring additional expense. The parties are waiting on the pending Writ for Certiorari before the United States Supreme Court on the issue of Debtors' denial of attorney's fees and costs on appeal in this matter. The United States Supreme Court is expected to decide whether it will grant Certiorari in early March. The parties believe that resolution of the Certiorari will lend itself to the completion of settlement discussions. The parties have been in contact with the Court's clerk to identify a date in April or as soon thereafter as possible to schedule the continued hearing.

The parties also agree that all other terms of the Order on Stipulation to Bifurcate Hearing will apply to the continued hearing, including the provisions whether a further evidentiary hearing is needed in this matter and whether this Court can make a determination as to punitive damages without further hearing. Should the Court determine an evidentiary hearing is necessary, the Court will set an evidentiary hearing.

IT IS SO STIPULATED.

Dated this 17th day of February, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Darren T. Brenner*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for PHH Mortgage Corporation formerly known as Ocwen Loan Servicing, LLC*

Dated this 17th day of February, 2021.

*/s/ Christopher P. Burke*
Christopher P. Burke, Esq.
Nevada Bar No. 04093
702 Plumas Street
Reno, NV 89509
*Attorney for Debtors, Christopher Michael Marino and Valerie Margaret Marino*

## CERTIFICATE OF SERVICE

1. On February 17, 2021, I served the following document(s):

   **STIPULATION TO CONTINUE HEARING**

2. I served the above-named document(s) by the following means to the persons as listed below:

   (Check all that apply)

   ■ a. ECF System (You must attach the "Notice of Electronic Filing", or list all persons and address and attach additional paper if necessary)

   SETH J. ADAMS on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GMACM MORTGAGE LOAN TRUST
   sadams@woodburnandwedge.com, jgoff@woodburnandwedge.com

   CHRISTOPHER PATRICK BURKE on behalf of Debtor CHRISTOPHER MICHAEL MARINO
   atty@cburke.lvcoxmail.com

   CHRISTOPHER PATRICK BURKE on behalf of Debtor CHRISTOPHER MICHAEL MARINO
   attycburke@charter.net

   CHRISTOPHER PATRICK BURKE on behalf of Joint Debtor VALERIE MARGARET MARINO
   atty@cburke.lvcoxmail.com

   CHRISTOPHER PATRICK BURKE on behalf of Joint Debtor VALERIE MARGARET MARINO
   attycburke@charter.net

   W. DONALD GIESEKE
   wdg@renotrustee.com, dgieseke@ecf.axosfs.com

   RAMIR M. HERNANDEZ on behalf of Creditor PHH MORTGAGE CORPORATION, FKA OCWEN LOAN SERVICING, LLC
   rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

   U.S. TRUSTEE - RN - 7
   USTPRegion17.RE.ECF@usdoj.gov

☐ b.   United States mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary)

☐ c.   Personal Service (List persons and addresses.  Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

_____

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.   By direct email (as opposed to through the ECF System) (List persons and email addresses.  Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.   By fax transmission (List persons and fax numbers.  Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.   A copy of the record of the fax transmission is attached.

☐ f.   By messenger (List persons and addresses.  Attached additional paper if necessary)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to the Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

Signed on February 17, 2021.

                                    */s/ Jason Craig*_____
                                    An employee of Wright, Finlay & Zak, LLP