_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 19, 2021

_____

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for PHH Mortgage Corporation formerly known as Ocwen Loan Servicing, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No.: 13-50461-BTB |
| CHRISTOPHER MICHAEL MARINO, and VALERIE MARGARET MARINO, | Chapter 7 |
| Debtors | **ORDER ON STIPULATION TO CONTINUE HEARING** |
| | Hearing Date: February 19, 2021<br>Hearing Time: 10:00 AM |
| | New Hearing Date: May 27, 2021<br>New Hearing Time: 10:00 AM |

Pursuant to the Stipulation to Continue Hearing entered into by and between Debtors, Christopher Michael Marino and Valerie Margaret Marino ("Debtors"), and Creditor, PHH Mortgage Corporation formerly known as Ocwen Loan Servicing, LLC ("PHH"), by and through their respective counsel of record, and concerning PHH's Amended Motion for Relief

1

1  from Judgment or Order (Rule 9024) and for New Evidentiary Hearing ("Amended Motion for
2  Relief") [ECF No. 167], and good cause appearing, the Court orders the following:
3      IT IS HEREBY ORDERED THAT the hearing on PHH's Amended Motion for Relief,
4  currently set for 10:00 AM on February 19, 2021, shall be continued to May 27, 2021, at 10:00
5  to allow the parties time to complete settlement discussions.
6      IT IS FURTHER ORDERED THAT all other terms of the Order on Stipulation to
7  Bifurcate Hearing will apply to the continued hearing, including the provisions whether a
8  further evidentiary hearing is needed in this matter and whether this Court can make a
9  determination as to punitive damages without further hearing. Should the Court determine an
10 evidentiary hearing is necessary the Court will set an evidentiary hearing.
11     IT IS SO ORDERED.

Submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Darren T. Brenner*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for PHH Mortgage Corporation formerly known as Ocwen Loan Servicing, LLC*